

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 2 4 2025

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | | |
|---|---|---|
| Michael J. Longoria | ) | |
| *Plaintiff/Petitioner* | ) | |
| v. | ) | Civil Action No. 4:25-cv-00154-KGB-JJV |
| Federal Bureau of Prisons, et al | ) | |
| *Defendant/Respondent* | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: <u>Tallahatchie County Correctional Facility</u>.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ <u>0.00</u> , and my take-home pay or wages are: $ <u>0.00</u> per

*(specify pay period)* <u>N/A</u> .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ‡ Yes | ‡ **No** |
| (b) Rent payments, interest, or dividends | ‡ Yes | ‡ **No** |
| (c) Pension, annuity, or life insurance payments | ‡ Yes | ‡ **No** |
| (d) Disability, or worker's compensation payments | ‡ Yes | ‡ **No** |
| (e) Gifts, or inheritances | ‡ Yes | ‡ **No** |
| (f) Any other sources | ‡ Yes | **No** |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account:  $ 0.00 .

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

NONE

6.  Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

NONE

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

NONE

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Restitution - Federal (Eastern District of Arkansas) - $44,000.00

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 2/7/2025

Applicant's signature

Michael J. Longoria

Printed name

## CERTIFICATE
(Prisoner Accounts Only)
(To be Completed by the Institution of Incarceration)

I certify that the applicant named herein has the sum of $ _3.07_ on account to his/her

credit at the _Tallahatchie County Correctional Facility_ institution where he is confined.

I further certify that the applicant likewise has the following securities to his/her credit according

to the records of said institution: _None_

I further certify that during the past six months the applicant's average balance was

$ _18.66_ .

_2-11-2025_
Date

_V. Pulliam - Unit Mgr. - TCCF_
Signature of Authorized Officer of Institution

## CALCULATION OF INITIAL PAYMENT OF FILING FEE

(To be Completed by the Institution of Incarceration)

PLAINTIFF: _Michael J. Longoria_

ADC NUMBER: _23384-009_

FEDERAL COURT CASE NUMBER (IF KNOWN): _____

| | |
|---|---|
| Total deposits for last six (6) months: | $ 112.00 |
| Average monthly deposit (total deposits divided by 6): | $ 18.66 |
| Total balances for last six (6) months: | $ 112.00 |
| Average monthly balance: (Total balances divided by 6) | $ 18.66 |
| Current account balance: | $ 3.07 |
| Initial payment of filing fee as of _2-11-2025_ | $ 3.73 |

(The greater of the average monthly deposit
Or the average monthly balance x .20)

DATE: _2-11-2025_    AUTHORIZED OFFICIAL _V. Pullen Unit Mgr TCCF_

(NO FILING FEE SHALL BE IN EXCESS OF
$350.00 FOR A CIVIL LAWSUIT
OR
$605.00 FOR AN APPEAL)