FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 24 2025

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

In The United States District Court For The
Eastern District of Arkansas

MICHAEL J. LONGORIA,                                PETITIONER

v.                          CASE No.: 4:25-cv-00154-KGB-JJV

FEDERAL BUREAU OF PRISONS- DESIGNATION          RESPONDANTS
AND SENTENCE COMPUTATION CENTER,
UNITED STATES MARSHAL SERVICE -EASTERN DISTRICT OF ARKANSAS,
PULASKI COUNTY REGIONAL DETENTION CENTER

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. 2241

## I. JURISDICTION AND VENUE-

This case assigned to District Judge Baker
and to Magistrate Judge Volpe

1) This is a pro se and forma pauperis civil action authorized by 28 U.S.C. 2241. Petitioner is seeking relief due to the Federal Bureau of Prisons failing to properly apply 18 u.s.c. 3585(a) +(b) to commence his federal prison sentence, failure to compute his federal sentence, failure to designate him to an official detention facility for the service of his sentence, and failure to recognize and apply the doctrine of primary custody. The United States Marshal Service improperly relinquishing custody to Pulaski County Detention Center (PCRDF) for service of his concurrent state sentences.

2) Petitioner is an inmate previously in the primary and physical custody of the USMS-Eastern District of Arkansas, and primary custody erroneously relinquished on February 13, 2025 to state authorities. He is currently housed in the Pulaski County Regional Detention Center due to the BOP's failure and refusal to accept custody and commence sentence.

(1)

3) Petitioner is not challenging the legality of his federal sentence, but rather the execution and application of his sentence under federal law and statute. See Coady v. Vaughn, 251 F.3d 480, 2001 U.S. App. LEXIS (3rd Cir. Pa. May 31, 2001). Petitioner is seeking relief to prevent the erroneous execution and application of his federal sentence that was imposed on June 20, 2024 in the Eastern District of Arkansas on ~~force~~ for a supervised release violation (4:18CR00668 DPM).

4) Petitioner states that this petition under 28 U.S.C. 2241 is the proper vehicle for raising challenge to the DSCC's failure to properly apply federal statute and law to his current federal sentence, and failure to recognize primary federal custody. Petitioner seeks relief for the "effects of events subsequent to his sentence"- Gomari v. Arnold, 533 F.2d 871, 874 (3rd Cir. 1976). ~~This~~ This court is the proper venue and jurisdiction due to the petitioner being in the primary and physical custody of the USMS for the Eastern District of Arkansas, and now in the custody of Pulaski County Regional Detention Center

II. Exhaustion:

5) Petititioner acknowledges that federal courts generally require the the exhaustion of administrative remedies available to inmates prior to filing an action in federal court. However, due to the petitioner's unusual circumstance of not being in the BOP, and that the USMS has no administrative remedy process for inmates in their custody, he is unable to exhaust the BOP's administrative process.

6) Petitioner did however contact the DSCC via U.S. Mail. In his letter he provided a detailed explanation regarding his primary custody and sentencing situation and requested the BOP to accept it as a BP-10 Administrative remedy (See attachment #1 - Petitioner's Letter dated 11/29/2024).

7) Petitioner states that due to his circumstances, and if he were required to wait till he was in the BOP and had access to their administrative remedy process it would be too late to rectify this situation, and if forced to serve the state sentences running concurrently with his federal sentence it would result in irreparable circumstances regarding the amount of time served by the petitioner.

## III. Petitioner's Claims for Relief:

### Claim #1: Petitioner's Federal Primary Custody

8) Petitioner challenges the contention of the DSCC that he was not in federal primary custody on June 20, 2024, the date his 24-month federal sentence was imposed for a supervised release violation. Furthermore, he challenges the DSCC's contention that he was in the State of Arkansas' primary custody and had been since the petitioners arrest on May 14, 2023. Though, the petitioner was arrested by state authorities on May 14, 2023 on state charges he was released by state authorities on a $50,000.00 signature bond on January 31, 2024. He remained in custody only on the federal hold for supervised release violation.

9) Primary custody between federal and state authorities is determined generally by which sovereignty first obtains or arrests the defendant as determined in *Thomas v. Brewer*, 923, F.2d 1361, 1365 (9th Cir. 1991), and continues until the sovereign relinquishes its priority in some way. *United States v. Cole*, 416 F.3d 894, 2005 U.S. App. LEXIS 15436 (8th Cir. Ark. July 28, 2005) determined that primary custody is relinquished in one of four ways: 1) release on bail; 2) dismissal of charges; 3) Parole; 4) expiration of sentence. The State of Arkansas relinquished primary custody to federal authorities when it released him on bond-

(3)

10) Therefore, the petitioner challenges the BOP's-DSCC's failure to recognize and follow the doctrine of primary custody as defined by federal law and statute.

## Claim #2: Commencement, computation, and service of Petitioner's Federal Sentence

11) Petitioner challenges the failure of the BOP's-DSCC to commence his his sentence on the date it was imposed by the federal district court pursuant to federal statute. Furthermore, petitioner challenges the DSCC's failure and refusal to compute his sentence and designate him to an official detention facility to commence service of his sentence. Petitioner, also challenges the DSCC's failure to recognize his official pretrial detention beginning on ~~February~~ January 31, 2024, the day after he was released on state bond.

12) 18 U.S.C. 3585(a) provides that a sentence to a term of imprisonment commences on the date the defendant is received into custody awaiting transportation to, or arrives voluntarily to commence service of sentence at the official detention facility at which the the sentence is to be served. The DSCC has refused to recognize the commencement of the petitioner's sentence on June 20, 2024.

13) 18 U.S.C. 3585(b) provides that federal prisoners have a statutory right to receive credit for the time they served before the sentence begins. A defendant shall be given credit toward the service of a term of imprisonment for anytime he has spent in official detention prior to the date the sentence commences. 1) As a result of the the offense for which the sentence was imposed... that has not been credited toward another sentence. Petitioner's official detention began on ~~Febb~~ January 31, 2023, the date state of Arkansas authorities relinquished primary custody to federal authorities.

14) Petitioner challenges the DSCC's refusal and failure to follow its own interpretation of 18 U.S.C. 3585(a). In Cole v. Menifee, 2006 U.S. Dist. LEXIS 76451, 2006 WL 2925357 (Western Dist. LA. August 15, 2006) quoting the BOP Computation Manual states— The BOP has interpreted 3585(a) in its Computation manual (Program Statement) — If the Prisoner... is in exclusive federal custody (not under the jurisdiction of a federal writ of Habeas Corpus Ad Prosequendum) at the time of sentencing as the basis of conviction for which the sentence is imposed, the sentence commences on that date of imposition, even if a state sentence is running along concurrently. Though, the petitioner has state sentences running concurrently with his federal sentence, the record is clear as to his primary custody, Saline County had released him on bond, and he had been on recognizance bonds for the Pulaski County charges prior to his arrest and those bonds had never been revoked.

15) At the time of the imposition of the petitioner's federal sentence, it was settled in open court by the government (AUSA Jana Harris) and the court that the petitioner had been in primary federal custody since January 31, 2024 and was entitled to "jail credit" from that date.

16) Petitioner acknowledges that the BOP is authorized to convert concurrent sentences to consecutive sentences by refusing to accept custody of an inmate in order to commence sentence. However, he challenges that authorization in this matter due to the fact that the petitioner's federal sentence has already begun. Pope v. Perdue, 889 F.3d 410, 2018 U.S. App. LEXIS 11550, 2018 WL 2057464 (7th Cir. Ill. May 3, 2018), provides some insight into the BOP's apparent position in the

petitioner's situation." In *Pope* the BOP insisted that Pope could not have satisfied 18 U.S.C. 3585. In its view, the statute requires the BOP to designate the inmate to a detention facility before sentence can commence. This argument fails as the language of the statute contains no such language or requirement. It requires that the inmate be awaiting transport to a detention facility, not that the detention facility be assigned. Moreover, such an interpretation would lead to unwarranted results. Under such an interpretation an inmate could spend a lifetime in primary federal custody without commencing his sentence if the BOP simply failed or refused to designate a facility." Petitioner has been in this type of "custodial purgatory" since June 20, 2024. Petitioner's paperwork has been rejected twice since then and he still doesn't even have a known release date, and is serving an uncommenced sentence.

## IV. Petitioner's Statement of facts to support his claims for relief:

17) Petitioner was arrested by North Little Rock Police on May 14, 2023 on an outstanding state warrant for Saline County, Arkansas, and on an outstanding federal warrant for supervised release violation. He was transported and booked into Saline County Detention Center on the state warrant and a hold (detainer) placed on him for the federal warrant (USMS hold).

18) Petitioner was released on a $50,000.00 signature bond on January 31, 2024 by the Saline County Circuit Court in case no's: 63-CR-430 and 63-CR-4521, relinquishing primary custody to the USMS. Petitioner remained in custody due to the federal charge. On the same date Lt. Latosha Silver (Saline County Detention Center) notified

the USMS in Little Rock that petitioner was now in their primary custody due to being released on bond, via email. She is the USMS Liason for Saline County. (See attachment #1 - Pg. 5)

19.) On June 20, 2024, Petitioner was sentenced to 24 months for his supervised release violation in the Eastern District of Arkansas (4:18 CR 00668 DPM) by the Honorable D.P. Marshall.

20) On June 21, 2024, petitioner was sentenced in Saline County Circuit Court in the case numbers referenced in paragraph IV-B, to a term of 120 months in the Arkansas Division of Corrections (AOC). These sentences were ordered to run concurrent with his federal sentence (See Attachment #2 and #3 - State Sentencing Orders).

21) On July 22, 2024, petitioner was transported by order of the USMS to TCCF to await designation and transfer to the BOP.

22) On August 5, 2024, Petitioner, via electronic request, was notified by Mr. Jason Cundiff, USMS Contract Monitor, at TCCF that he had been designated by DSCC to FCI Pollock. ~~(See Attachment #4 - Electronic request dated August 7, 2024).~~ M

23) On October 2, 2024, petitioner, via electronic request, was notified by Mr. Cundiff, at TCCF that he was no longer designated to FCI Pollock. ~~(See Attachment #5 - Electronic request dated October 2, 2024)~~ M

24) On October 9, 2024, petitioner was transported to Pulaski County via a state Habeas Corpus Ad Prosequendum for sentencing in his Pulaski County matters.

25) On October 14, 2024, Petitioner was sentenced in Pulaski County Circuit Court to a total term of 96 months in case no's: 60-CR-23-3046, 60CR-23-2710, 60CR-23-2712, 60 CR-23-2713, 60 CR-24-2659, and 60 CR-23-2903. The court ordered the sentences run concurrently with each other, the petitioner's Saline County cases (Paragraph IV-B) and his federal sentence. (See attachments #6,7,8,9,10 & 11 - State Sentencing Orders).

26) Petitioner was returned to TCCF on October 29, 2024. November 26, 2024 via electronic request from Mr. Cundiff at TCCF advised petitioner that the BOP had assigned his case on November 1, 2024.

27) On December 22, 2024, via electronic request, petitioner inquired of Mr. Cundiff about his designation status. January 7, 2025, Mr. Cundiff responded, "still no update." January 13, 2025, Mr. Cundiff responded, "Contact your attorney regarding designation. There's still an issue with your state paperwork and time."

28) On January 14, 2025, petitioner spoke with Mr. Cundiff in person. Mr. Cundiff stated he'd received an email from USMS informing him that the DSCC had "kicked the paperwork back" and was refusing to designate him.

29) Petitioner had family & friends contact the DSCC multiple times to no avail. DSCC refused to provide any information.

30) On February 13, 2024, petitioner was transported by order of the USMS from TCCF to PCRDF and relinquished custody to state authorities for transport to ADC for service of his concurrent state sentences.

30a) Upon petitioner's arrival at PCRDF, he spoke with Lt. Smith, Court Liason concerning the matter. She stated the BOP refused the petitioner's sentence and the paperwork from the state courts, and he would be transported to ADC and then have to serve his federal sentence afterwards.

V. Petitioner's Prayer for Relief -

32) Petitioner prays that due to the exhaustion requirement of 28 U.S.C. 2241 not being statutorily required, and due to

its non-jurisdictional nature that the court use its discretion to waive the exhaustion requirement and reach the merits of his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. 2241.

33.) Furthermore, the petitioner prays for relief from the BOP's contention and determination that he was not in primary federal custody ~~from~~ from January 31, 2024, the date that State of Arkansas authorities relinquished primary custody by releasing him on bond, thus beginning his official pre-trial detention, until his federal sentencing on June 20, 2024. That the court determine primary federal custody and order the BOP-DSCC to recognize and apply primary federal custody pursuant to the facts contained herein and the record in his federal matter.

34) Furthermore, the petitioner prays for additional relief from the BOP's failure and refusal to commence the petitioner's Federal sentence imposed on June 20, 2024, in the Eastern District of Arkansas, in accordance with 18 U.S.C. 3585(a). That the court order the BOP's-DSCC to recognize and apply 18 U.S.C. 3585(a) and its own interpretation of that statute according to its Computation Manual and commence the petitioner's sentence on the date his 24 month federal sentence was imposed.

35.) Furthermore, that the petitioner prays for additional relief from the court to order the BOP's-DSCC to recognize and apply to his sentence the time spent in official detention from January 31, 2024 until imposition of his federal sentence.

**36.)** Furthermore, the petitioner prays for additional relief, that he be turned back over to USMS primary custody from PCRDF before he is transported to the ADC to serve his state sentences. That the court order the USMS to reassume primary and physical custody of the petitioner from state authorities, to await designation and transfer to the BOP by the DSCC.

**37.)** Furthermore, the petitioner prays for additional relief, from the BOP's-DSCC failure and refusal to compute his federal sentence, and designate him to an official detention facility for the service of his federal sentence, and failure to accept custody of the petitioner. Failure and refusal of the BOP to commence his sentence on the day sentence was imposed. That the court order the BOP to accept custody, commence sentence, compute sentence, and designate the petitioner to an official detention facility for the service of his federal sentence, and recognize his state sentences are running along concurrently.

Wherefore, the petitioner, Michael J. Longoria, pro se seeks the relief mentioned in the foregoing petition for Writ of Habeas Corpus pursuant to 28 U.S.C. 2241. Petitioner prays that the court consider and grant the foregoing petition and grant him the relief he seeks and any other he may be entitled to under federal law and statute.

I declare under penalty of perjury (18 U.S.C. 1621) that the foregoing is true and correct.

Executed this 17th day of February, 2025

Respectfully Submitted,

Michael J Longoria, Pro Se

Reg. No: 23384-009 (S.O.# 79071)

~~Tallahatchie County Correctional Facility~~

~~19351 U.S. Highway 49N~~

~~Tutwiler, Mississippi 38963~~

Pulaski County Regional Center

3201 W. Roosevelt Road

Little Rock, AR 72204

(11)

Michael James Longoria
v.
Federal Bureau of Prisons-
Designation and Sentence Computation
Center, et al.

November 29, 2024

Dear Sir or Ma'am:

My name is Michael James Longoria
#23384-009. I'm currently at Tallahatchie
County Correctional Facility, Tutwiler, Mississippi.
I'm awaiting designation to a BOP facility.
I have a 24 month sentence for a supervised
release violation from the Eastern District of
Arkansas (4:18CR00068).

I was previously designated, and then
undesignated due to some apparent confusion
regarding my federal sentence, and state
sentences that are running concurrent with
my federal sentence. I was sentenced in
federal court on 6/20/2024. Then I was
sentenced in Saline County, Arkansas (case
#'s: 63CR-23-430, 63CR-23-452) on 6/21/2024.
Later on 10/14/2024 I was sentenced in Pulaski
County, Arkansas (case #'s 60CR-23-2716, 60CR-23-
2712, 60CR-23-2713, 60CR-23-3046, 60CR-24-2659,
60CR-24-2903). I received a 10 year sentence
in Saline County, and 8 years in Pulaski County
both running concurrent and also concurrent
with my federal sentence.

Attachment #1-2

I understand that the confusion is one of primary custody regarding two different sovereigns. Perhaps I can help clarify the order and question of primary custody. I was arrested by North Little Rock, Arkansas Police Dept. on 5/14/2023, on a state warrant from Saline County and a USMS warrant for supervised release violation. I was transported to Saline County Detention Facility and booked in on the state warrant, and a hold for the USMS.

At the time of my arrest I was on a personal recognizance bond for Pulaski County cases, and was never in custody for Pulaski County. On January 31, 2024, the Saline County Circuit Court released me on a $50,000 signature bond (recognizance bond), and relinquished custody to the USMS for their hold. Lt. L. Silva of the Saline County Sheriffs Dept. (USMS Liason) emailed the USMS in Little Rock to inform them I was now in their primary custody. Therefore, my federal primary custody began on 1/31/2024, when I was released on my Saline County charges via a $50,000 signature bond (see enclosed copy of court order). I had no other holds except the USMS hold for the supervised release violation.

Attachment #1-3

The Saline County court relinquished custody to ensure that I was no longer in their primary custody, but in federal custody. Therefore, my official detention began on 1/31/2024. The state sentences I am concurrently serving will parole prior to the expiration of my 24 month federal sentence. My Transfer Eligibility date (parole date) for my Arkansas state cases is 9/16/2025.

I'm not grieving the jail credit from 5/14/2023 - 1/31/2024, as I realize that due to me being in primary state custody that I'm not entitled to that time credit. I'm grieving and trying to clarify that I'm supposed to be in federal custody and custody of the BOP. That my sentence was commenced on 6/20/2024, with jail credit in official pretrial detention from 1/31/2024.

I have enclosed a copy of the judges order that released me from state custody on 1/31/2024 I have also enclosed a I hope that this along with my detailed explanation of the order of events will help clarify the situation, and help expedite the computation and designation of my current federal sentence.

Thank you for your time, and assistance.

Attachment # 1-4

Please accept this letter and attachments as my Administrative Remedy to address and resolve this issue. I am unable to access a BP-10 Administrative Remedy, and therefore am supplimenting this letter as my attempt to exhaust my remedies.

Respectfully Submitted,

Michael J. Longoria
Reg # 23384-009
Tallahatchie County Correctional Facility
19351 US Hwy 49N
Tutwiler, MS 38963

Attachment # 1-5

**JOSH RMER**
Circuit Judge
Saline County Courthouse
200 N. Main Street
Benton, AR 72015



ELECTRONICALLY FILED
Saline County Circuit Court
Myka Bono Sample, Circuit Clerk
2024-Jan-31 09:50:17
63CR-23-430
C09D02031966e

22ND JUDICIAL DISTRICT
2ND DIVISION

Phone: (501) 303-5698
FAX:   (501) 303-5695

State of Arkansas      vs.

Case NO. CR- 23-430, 23-452

**Michael Longoria**
DEFENDANT

**Paul Gann**
Defendant's Attorney

CHARGES: _____

A. That Defendant's bond is set as follows: **$50,000 Signature bond**

B. That the Defendant is to have no contact with the following person(s):

_____

C. The Defendant is prohibited from violating any state or federal laws. The Defendant is ORDERED to maintain contact with defense counsel and provide counsel with current contact information including phone numbers and addresses. The Defendant SHALL contact Defense Counsel at least 2 weeks prior to any court hearing or trial setting to verify that the contact information is current.

D. That Defendant is ORDERED to comply with the following other conditions:

_____
_____ STTT _____

E. The Defendant is hereby ORDERED to appear in Circuit Court on the following dates:

|  | | TIME | | DATE |
|---|---|---|---|---|
| ☐ | PLEA & ARRAIGNMENT | _____ | ___.M. | _____ |
| ☐ | BENCH TRIAL | _____ | ___.M. | _____ |
| ☐ | HEARING ON REVOCATION | _____ | ___.M. | _____ |
| ☐ | OMNIBUS HEARING | _____ | ___.M. | _____ |
| ☐ | JURY TRIAL | 8:45 | A. M. | _____ |
| ☐ | SENTENCING | 9:00 | A.M. | March 11, 2024 |
| ☐ | OTHER _____ | _____ | ___.M. | _____ |

**FAILURE TO APPEAR ON THE ABOVE DATES OR ANY OTHER VIOLATION OF THESE ORDERS MAY RESULT IN A WARRANT FOR YOUR ARREST, BOND FORFEITURE, FINES, IMPRISONMENT, COURT COSTS AND/OR OTHER PENALTIES.**

IT IS SO ORDERED this 31st day of January, 20 24.

_____
CIRCUIT JUDGE JOSH FARMER

APPROVED:

_____
PROSECUTING ATTORNEY/DEPUTY

ACKNOWLEDGEMENT OF RECEIPT:

_____
DEFENSE COUNSEL

_____
DEFENDANT

_____
PHONE #

(Court Copy-WHITE)   (Defendant Copy-YELLOW)   (Defense Counsel-PINK)   (Prosecuting Attorney-GOLDENROD)

*Attachment 2*

*Michael J Longoria*
v.
*Federal Bureau of Prison, et al*

ELECTRONICALLY FILED
Saline County Circuit Court
Myka Bono Sample, Circuit Clerk
2024-Jun-21 09:59:49
63CR-23-430
C22D02 : 3 Pages

# SENTENCING ORDER

IN THE CIRCUIT COURT OF    **Saline**    **COUNTY, ARKANSAS,**

**Twenty-Second    JUDICIAL DISTRICT    1 DIVISION**

On   **6/21/2024**   the Defendant appeared before the Court, was advised of the nature of the charge(s), of Constitutionaland legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing.

## Offender

| Defendant [Last, First, MI] | Longoria, Michael Jonathan/James | | DOB | 8/16/1971 | Sex ☑ Male ☐ Female | Total Number of Counts | 2 |
| SID# | 709384 | Race & Ethnicity ☑ White ☐ Pacific Islander ☐ Black ☐ Other ☐ Asian ☐ Unknown ☐ Hispanic ☐ Native American | | | | | |

Supervision Status at Time of Offense

## Court Info

| Judge | Josh Farmer | File Stamp |
| Prosecuting Attorney/Deputy | Greg Sink | |
| Defendant's Attorney | Paul Gann | ☐ Private ☐ Appointed ☑ Public Defender ☐ Pro Se |

Change of Venue   ☐ Yes ☑ No
if Yes, from:

## Legal Statements

Pursuant to A.C.A.   ☐ §16-93-301 et seq., or  ☐ _____   this Court, without making a finding of guilt or entering a judgment of guilt and with the consent of the Defendant defers further proceedings and places the Defendant on probation.

There being no legal cause shown by the Defendant, as requested, why judgment should not be pronounced, a judgment:
☐ is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. Defendant was advised of the conditions of the sentence and/or placement on probation and understands the consequences of violating those conditions. The Court retains jurisdiction during the period of probation/suspension and may change or set aside the conditions of probation/suspension for violations or failure to satisfv Division of Community Correction (A.C.C.) rules and regulations.
☑ of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Division of Correction (A.D.C.) for the term specified on each offense shown below.

Defendant made a voluntary, knowing and intelligent waiver of right to counsel.   ☐ Yes ☑ No

## Offense #1

| A.C.A. # / Name of Offense | 5-36-103(b)(2)(A) - Theft of Property > $5,000 < $25,000 | | Case # 63CR-23-430-2 |

| A.C.A. # Orig. Charge | | ATN SAL004973393 | Offense was | ☒ Nolle Prossed | ☐ Dismissed | ☐ Acquitted |

Offense Date   **5/15/2023**   Appeal from District Court   ☐ Yes ☑ No      Probation/SIS Revocation   ☐ Yes ☑ No

Criminal History Score   **5**    Seriousness Level   **4**    Offense is ☑ Felony ☐ Misd. ☐ Violation    Offense Classification ☐ Y ☐ A ☐ B ☑ C ☐ D ☐ U

Presumptive Sentence   ☑ Prison Sentence of   60 to   120 months   ☑ Community Corrections Center   ☐ Alternative Sanction

Number of Counts   1    Defendant   ☐ Attempted   ☒ Solicited   ☐ Conspired to Commit the Offense

| Defendant Sentence ☑ ADC ☐ Jud Trans ☐ Cnty Jail | If probation or SIS accompanied by period of confinement, state time:   0 days   0 mths |
| Imposed   120 months | Sentence was enhanced ___ months, pursuant to A.C.A. ___ |
| Probation   0 months | Enhancement(s) is to run   ☐ Concurrent   ☐ Consecutive |
| SIS   0 months | Defendant was sentenced as a habitual offender, pursuant to A.C.A.§ 5-4-501, subsection |
| Other ☐ Life ☐ LWOP ☐ Death | ☐ (a) ☐ (b) ☐ (c) ☐ (d) |

Victim Information ☑ N/A (Multiple Victims ☐ Yes ☐ No)   Age   Sex ☒ Male ☒ Female   Race & Ethnicity ☐ White ☒ Black ☐ Asian ☐ Native American ☐ Other ☒ Unknown ☐ Hispanic

Defendant voluntarily, intelligently and knowingly entered a
☑ negotiated plea of
☐ plea directly to the court of

Defendant
☐ was sentenced pursuant to ☐ §16-93-301 et seq. ☐ Other
☐ entered a plea and was sentenced by a jury.
☑ was found guilty by the court & sentenced by      ☑ court ☐ jury
☐ was found guilty at a jury trial & sentenced by   ☐ court ☐ jury
☐ was found guilty of lesser offense by           ☐ court ☐ jury

☑ guilty
☐ nolo contendere
☒ guilty
☒ nolo contendere

Sentence is a Departure   ☐ Yes ☑ No ☐ N/A      Sentence Departure   ☐ Durational ☐ Dispositional ☐ Both
If Durational, state how many months above/below the Presumptive Sentence   0

Departure Reason   Mitigating # _____   or Aggravating # _____ .   (For Agg #17, Mit #9 or departure from guidelines, explain)

Sentence will run   ☒ Consecutive ☑ Concurrent   to Offense #   2   or to Case #  63cr-23-452

Defendant's Full Name:   Longoria, Michael Jonathan/Ja

| A.C.A. # / Name of Offense | 5-37-201 - FORGERY II |  |  |  | Case # 63CR-23-430-2 |
|---|---|---|---|---|---|

**Additional Offense # 2**

| A.C.A. # Orig. Charge | | ATN  SAL004973393 | | Offense was | ☐ Nolle Prossed | ☐ Dismissed | ☐ Acquitted |
|---|---|---|---|---|---|---|---|

| Offense Date | 5/15/2023 | Appeal from District Court | ☐ Yes ☑ No | Probation/SIS Revocation | ☐ Yes ☑ No |
|---|---|---|---|---|---|

| Criminal History Score | 5 | Seriousness Level | 3 | Offense is ☑ Felony ☐ Misd. ☐ Violation | Offense Classification ☐ Y ☐ A ☐ B ☑ C ☐ D ☐ U |
|---|---|---|---|---|---|

| Presumptive Sentence | ☑ Prison Sentence of | 48 to | 72 months | ☑ Community Corrections Center | ☑ Alternative Sanction |
|---|---|---|---|---|---|

| Number of Counts | 1 | Defendant ☐ Attempted ☐ Solicited ☐ Conspired to Commit the Offense |
|---|---|---|

Defendant Sentence   ☑ ADC ☐ Jud Trans ☐ Cnty Jail

If probation or SIS accompanied by period of confinement, state time:        0 days        0 mths

| Imposed | 120 months | Sentence was enhanced |  | months, pursuant to A.C.A. |
|---|---|---|---|---|
| Probation | 0 months | Enhancement(s) is to run | ☐ Concurrent | ☐ Consecutive |
| SIS | 0 months | Defendant was sentenced as a habitual offender, pursuant to A.C.A.§ 5-4-501, subsection |
| Other | ☐ Life ☐ LWOP ☐ Death | ☐ (a) ☐ (b) ☐ (c) ☐ (d) |

| Victim Information [Multiple Victims] | ☑ N/A ☐ Yes ☐ No] | Age | Sex ☐ Male ☑ Female | Race & Ethnicity ☐ Pacific Islander | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Other ☐ Unknown ☐ Hispanic |
|---|---|---|---|---|---|

Defendant voluntarily, intelligently and knowingly entered a

☑ negotiated plea of          ☑ guilty
                                              ☐ nolo contendere

plea directly to the court of   ☐ guilty
                                              ☐ nolo contendere

Defendant

☐ §16-93-301 et seq.

☐ was sentenced pursuant to         ☐ Other _____
☐ entered a plea and was sentenced by  a jury.
☑ was found guilty by the court & sentenced by        ☑ court ☐ jury
☐ was found guilty at a jury trial & sentenced by     ☐ court ☐ jury
☐ was found guilty of lesser offense by                   ☐ court ☐ jury

| Sentence is a Departure ☑ Yes ☐ No ☐ N/A | Sentence Departure ☑ Durational ☐ Dispositional ☐ Both If Durational, state how many months above/below the Presumptive Sentence | 48 |
|---|---|---|

Departure Reason    Mitigating # _____   or Aggravating #  0, 0, 17    (For Agg #17, Mit #9 or departure from guidelines, explain)
Negotiated plea

| Sentence will run | ☐ Consecutive | ☑ Concurrent | to Offense # | 1 | or to Case # |
|---|---|---|---|---|---|

Defendant's Full Name:   Longoria, Michael Jonathan/Ja

## Special Conditions

### Sex Offenses

Defendant has been adjudicated guilty of an offense requiring sex offender registration and must complete the Sex Offender Registration Form and pay the Mandatory Sex Offender Fee of $250.   ☐ Yes   ☑ No

Defendant has committed an aggravated sex offense as defined in A.C.A. §12-12-903
☐ Yes   ☑ No

Defendant is alleged to be a sexually dangerous person and is ordered to undergo an evaluation at a facility designated by A.D.C. pursuant to A.C.A. §12-12-918.
☐ Yes   ☑ No

Defendant has been adjudicated guilty of an offense requiring registration and has previously been adjudicated guilty of a prior sex offense under a separate case number. If yes, list prior case numbers.
☐ Yes   ☑ No   Case Number(s)

### DNA Sample / Qualifying Offenses

Defendant has been adjudicated guilty of a qualifying offense or repeat offense as defined in A.C.A. §12-12-1103.   ☑ Yes   ☐ No
Defendant is ordered to have a DNA sample drawn at
☐ an A.C.C. Facility   ☐ the A.D.C.   ☐ Other

### Domestic Violence Offenses

Defendant has been adjudicated guilty of a domestic-violence related offense and must pay additional court costs of $25 pursuant to A.C.A. §16-10-305 of 2017.
☐ Yes   ☑ No

Defendant was originally charged with a domestic-violence related offense.
☐ Yes   ☑ No
If Yes, state the A.C.A. # of the Offense

If Yes to either question, identify the relationship of the victim to the Defendant by offense number.

### Drug Crime

Defendant has been adjudicated guilty of a drug crime as defined in A.C.A. §12-17-101.
☐ Yes   ☑ No

## Fines, Fees, Restitution

| Court Costs | $0.00 |
| --- | --- |
| Fines | $0.00 |
| Booking/Admin Fees ($40) | $0.00 |
| Drug Crime Assessment Fee ($125) | $0.00 |
| DNA Sample Fee ($250) | $0.00 |
| Children's Advocacy Center Fund Fee | |
| Public Defender Attorney Fee | $0.00 |
| Other (explain below) | $0.00 |

Restitution   $0.00

Payable to [If multiple beneficiaries, give names and payment priority]

Terms   ☐ Due Immediately
☐ Installments of:

☐ Payments must be made within _____ 0 days of release from A.D.C.
☐ Upon release from confinement, Defendant must return to court to establish payment of restitution.
☐ Restitution is joint and several with co-defendant(s) who was found guilty.  List name(s) and case number(s).

## Sentence Options

Defendant was convicted of a target offense(s) and is sentenced pursuant to provisions of the Community Punishment Act.   ☐ Yes   ☑ No
The Court hereby orders a judicial transfer to the Department of Community Correction.   ☐ Yes   ☑ No
Pursuant to Community Punishment Act, the defendant shall be eligible to have his/her records sealed.   ☐ Yes ☑ No

Extended Juvenile Jurisdiction Applied   ☐ Yes   ☑ No

| JAIL TIME CREDIT | TOTAL TIME TO BE SERVED FOR ALL OFFENSES | | Death Penalty | If Yes, State Execution Date |
| --- | --- | --- | --- | --- |
| In days:   402 | In months:   120 | ☐ Life ☐ LWOP | ☐ Yes ☑ No | |

DEFENDANT IS ASSIGNED TO:   ☑ ADC   ☐ ADC, Admin. Transfer NOT Authorized   ☐ CCC   ☐ COUNTY JAIL   ☐ PROBATION   ☐ SIS

Conditions of disposition or probation are attached.   ☐ Yes ☑ No

☐ Defendant is subject to delayed release pursuant to A.C.A. §5-4-405.

A copy of the Pre-sentence investigation on sentencing information is attached   ☐ Yes ☑ No
A copy of the Prosecutor's Short Report is attached   ☑ Yes ☐ No

DEFENDANT WAS INFORMED OF APPELLATE RIGHTS   ☑ Yes ☐ No   Appeal Bond $   $0.00

The County Sheriff is hereby ordered to :   ☐ transport the defendant to county jail   ☐ take custody for referral to CCC   ☑ transport to ADC

Defendant shall report to DCC probation officer for report date to CCC   ☐ Yes ☑ No

## Signature

Prosecuting Attorney/Deputy
Signature:
Date:   6-2+ 21
Print Name:   Greg Sink

Circuit Judge
Signature:
Date:   6-21-24
Print Name:   Josh Farmer   K= Casey
on exam

Additional Info
Case is concurrent with Defendant's federal case. Defendant's dna is on file.

*Michael J. Longoria*
*Federal Bureau of Prisons, et al*

**ELECTRONICALLY FILED**
Saline County Circuit Court
Myka Bono Sample, Circuit Clerk
2024-Jun-21 10:02:15
63CR-23-452
C22D02 : 4 Pages

# SENTENCING ORDER

**IN THE CIRCUIT COURT OF**   Saline     **COUNTY, ARKANSAS,**

**Twenty-Second**    **JUDICIAL DISTRICT**    **2 DIVISION**

On _6/21/2024_ the Defendant appeared before the Court, was advised of the nature of the charge(s), of Constitutional and legal rights, the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing.

## Offender

| Defendant [Last, First, MI] | Longoria, Michael Jonathan/James | | DOB | 8/16/1971 | Sex ☑ Male ☐ Female | Total Number of Counts | 5 |

| SID# | 709384 | Race & Ethnicity | ☑ White ☒ Other | ☐ Black ☐ Unknown | ☐ Asian ☐ Hispanic | ☐ Native American |
| | | ☐ Pacific Islander | | | | |

Supervision Status at Time of Offense    parole

## Court Info

| Judge | Josh Farmer | File Stamp |
| Prosecuting Attorney/Deputy | Greg Sink | |
| Defendant's Attorney | Paul Gann   ☐ Private ☐ Appointed   ☑ Public Defender ☐ Pro Se | |

Change of Venue    ☐ Yes ☑ No
If Yes, from:

## Legal Statements

Pursuant to A.C.A.   ☐ §16-93-301 et seq., or ☐ _____ this Court, without making a finding of guilt or entering a judgment of guilt and with the consent of the Defendant defers further proceedings and places the Defendant on probation.

There being no legal cause shown by the Defendant, as requested, why judgment should not be pronounced, a judgment:

☐ is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. Defendant was advised of the conditions of the sentence and/or placement on probation and understands the consequences of violating those conditions. The Court retains jurisdiction during the period of probation/suspension and may change or set aside the conditions of probation/suspension for violations or failure to satisfy Division of Community Correction (A.C.C.) rules and regulations.

☑ of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Division of Correction (A.D.C.) for the term specified on each offense shown below.

Defendant made a voluntary, knowing and intelligent waiver of right to counsel.    ☐ Yes ☑ No

## Offense #1

| A.C.A. # / Name of Offense | 5-37-201 - FORGERY II | | | Case # 63CR-23-452-2 |

| A.C.A. # Orig. Charge | | ATN SAL004973393 | Offense was | ☑ Nolle Prossed | ☒ Dismissed | ☐ Acquitted |

| Offense Date | 4/21/2023 | Appeal from District Court | ☐ Yes ☑ No | Probation/SIS Revocation | ☐ Yes ☑ No |

| Criminal History Score | 5 | Seriousness Level | 3 | Offense is ☑ Felony ☐ Misd. ☐ Violation | Offense Classification ☐ Y ☐ A ☐ B ☑ C ☐ D ☐ U |

| Presumptive Sentence | ☑ Prison Sentence of | 48 to 72 months | ☑ Community Corrections Center | ☑ Alternative Sanction |

| Number of Counts | 1 | Defendant ☐ Attempted ☒ Solicited ☒ Conspired to Commit the Offense |

| Defendant Sentence | | If probation or SIS accompanied by period of confinement, state time: | 0 days | 0 mths |
| ☑ ADC ☐ Jud Trans ☐ Cnty Jail | | Sentence was enhanced _____ months, pursuant to A.C.A. _____ | | |
| Imposed | 120 months | Enhancement(s) is to run ☐ Concurrent ☐ Consecutive | | |
| Probation | 0 months | | | |
| SIS | 0 months | Defendant was sentenced as a habitual offender, pursuant to A.C.A.§ 5-4-501, subsection | | |
| Other | ☐ Life ☐ LWOP ☐ Death | ☐ (a) ☐ (b) ☐ (c) ☐ (d) | | |

| Victim Information [Multiple Victims] | ☑ N/A ☒ Yes ☒ No | Age | Sex ☒ Male ☒ Female | Race & Ethnicity ☒ Pacific Islander | ☒ White ☒ Black ☒ Asian ☒ Native American ☒ Other ☒ Unknown ☐ Hispanic |

| Defendant voluntarily, intelligently and knowingly entered a | | Defendant ☐ §16-93-301 et seq. ☐ was sentenced pursuant to ☐ Other | |
| ☑ negotiated plea of | ☑ guilty ☐ nolo contendere | ☐ entered a plea and was sentenced by a jury. ☑ was found guilty by the court & sentenced by | ☑ court ☐ jury |
| ☐ plea directly to the court of | ☒ guilty ☒ nolo contendere | ☐ was found guilty at a jury trial & sentenced by ☐ was found guilty of lesser offense by | ☐ court ☐ jury / ☐ court ☐ jury |

| Sentence is a Departure | Sentence Departure | ☑ Durational ☐ Dispositional ☐ Both |
| ☑ Yes ☐ No ☐ N/A | If Durational, state how many months above/below the Presumptive Sentence | 48 |

| Departure Reason | Mitigating # _____ or Aggravating # 0, 0, 17 | (For Agg #17, Mit #9 or departure from guidelines, explain) |
| Negotiated plea | | |

| Sentence will run | ☐ Consecutive | ☑ Concurrent | to Offense # 2,3,4 | or to Case # 63cr-23-430 |

**Defendant's Full Name:**   Longoria, Michael Jonathan/Ja

## Additional Offense # 2

| A.C.A. # / Name of Offense | 5-36-103(b)(3)(A) - Theft of Property Value > $1,000 but =< $5,000 | | Case # 63CR-23-452-2 |
|---|---|---|---|

| A.C.A. # Orig. Charge | | ATN SAL004593393 | Offense was | ☒ Nolle Prossed | ☐ Dismissed | ☐ Acquitted |
|---|---|---|---|---|---|---|

| Offense Date | 4/21/2023 | Appeal from District Court | ☐ Yes  ☒ No | Probation/SIS Revocation | ☐ Yes  ☒ No |
|---|---|---|---|---|---|

| Criminal History Score | 5 | Seriousness Level | 2 | Offense is | ☒ Felony  ☐ Misd.  ☐ Violation | Offense Classification ☐ Y ☐ A ☐ B ☐ C ☒ D ☐ U |
|---|---|---|---|---|---|---|

| Presumptive Sentence | ☒ Prison Sentence of | 24 to | 48 months | ☒ Community Corrections Center | ☒ Alternative Sanction |
|---|---|---|---|---|---|

| Number of Counts | 1 | Defendant | ☒ Attempted | ☒ Solicited | ☒ Conspired to Commit the Offense |
|---|---|---|---|---|---|

**Defendant Sentence**  ☒ ADC ☐ Jud Trans ☐ Cnty Jail

If probation or SIS accompanied by period of confinement, state time:   0 days   0 mths

Imposed   **60** months
Probation   0 months
SIS   0 months
Other   ☐ Life ☐ LWOP ☐ Death

Sentence was enhanced _____ months, pursuant to A.C.A.

Enhancement(s) is to run   ☐ Concurrent   ☐ Consecutive

Defendant was sentenced as a habitual offender, pursuant to A.C.A.§ 5-4-501, subsection
☐ (a)  ☐ (b)  ☐ (c)  ☐ (d)

| Victim Information [Multiple Victims | ☒ N/A ☐ Yes ☒ No] | Age | Sex | ☒ Male ☒ Female | Race & Ethnicity | ☒ White ☒ Black ☐ Asian ☒ Pacific Islander ☒ Other ☒ Unknown | Native American ☐ Hispanic |
|---|---|---|---|---|---|---|---|

Defendant voluntarily, intelligiently and knowingly entered a

☑ negotiated plea of          ☒ guilty ☐ nolo contendere

☐ plea directly to the court of   ☒ guilty ☒ nolo contendere

Defendant
☐ was sentenced pursuant to   ☐ §16-93-301 et seq.   ☐ Other
☐ entered a plea and was sentenced by a jury.
☒ was found guilty by the court & sentenced by          ☒ court  ☐ jury
☐ was found guilty at a jury trial & sentenced by          ☐ court  ☐ jury
☐ was found guilty of lesser offense by          ☐ court  ☐ jury

| Sentence is a Departure ☑ Yes ☐ No ☐ N/A | Sentence Departure  ☒ Durational  ☐ Dispositional  ☐ Both |
|---|---|

If Durational, state how many months above/below the Presumptive Sentence   72

Departure Reason   Mitigating # _____ or Aggravating # 0, 0, 17   (For Agg #17, Mit #9 or departure from guidelines, explain)
Negotiaed plea

| Sentence will run | ☒ Consecutive | ☒ Concurrent | to Offense # 1,3,4 | or to Case # 63cr-23-430 |
|---|---|---|---|---|

## Additional Offense # 3

| A.C.A. # / Name of Offense | 5-37-201 - FORGERY II | | Case # 63CR-23-452-2 |
|---|---|---|---|

| A.C.A. # Orig. Charge | | ATN SAL004593393 | Offense was | ☒ Nolle Prossed | ☐ Dismissed | ☐ Acquitted |
|---|---|---|---|---|---|---|

| Offense Date | 4/24/2023 | Appeal from District Court | ☐ Yes  ☒ No | Probation/SIS Revocation | ☐ Yes  ☒ No |
|---|---|---|---|---|---|

| Criminal History Score | 5 | Seriousness Level | 3 | Offense is | ☒ Felony  ☐ Misd.  ☐ Violation | Offense Classification ☐ Y ☐ A ☐ B ☒ C ☐ D ☐ U |
|---|---|---|---|---|---|---|

| Presumptive Sentence | ☒ Prison Sentence of | 48 to | 72 months | ☒ Community Corrections Center | ☒ Alternative Sanction |
|---|---|---|---|---|---|

| Number of Counts | 1 | Defendant | ☒ Attempted | ☒ Solicited | ☒ Conspired to Commit the Offense |
|---|---|---|---|---|---|

**Defendant Sentence**  ☒ ADC ☐ Jud Trans ☐ Cnty Jail

If probation or SIS accompanied by period of confinement, state time:   0 days   0 mths

Imposed   120 months
Probation   0 months
SIS   0 months
Other   ☐ Life ☐ LWOP ☐ Death

Sentence was enhanced _____ months, pursuant to A.C.A.

Enhancement(s) is to run   ☐ Concurrent   ☐ Consecutive

Defendant was sentenced as a habitual offender, pursuant to A.C.A.§ 5-4-501, subsection
☐ (a)  ☐ (b)  ☐ (c)  ☐ (d)

| Victim Information [Multiple Victims | ☒ N/A ☐ Yes ☐ No] | Age | Sex | ☒ Male ☒ Female | Race & Ethnicity | ☒ White ☒ Black ☐ Asian ☒ Pacific Islander ☒ Other ☒ Unknown | Native American ☐ Hispanic |
|---|---|---|---|---|---|---|---|

Defendant voluntarily, intelligently and knowingly entered a

☑ negotiated plea of          ☒ guilty ☐ nolo contendere

☐ plea directly to the court of   ☒ guilty ☒ nolo contendere

Defendant
☐ was sentenced pursuant to   ☐ §16-93-301 et seq.   ☐ Other
☐ entered a plea and was sentenced by a jury.
☒ was found guilty by the court & sentenced by          ☒ court  ☐ jury
☐ was found guilty at a jury trial & sentenced by          ☐ court  ☐ jury
☐ was found guilty of lesser offense by          ☐ court  ☐ jury

| Sentence is a Departure ☑ Yes ☐ No ☐ N/A | Sentence Departure  ☒ Durational  ☐ Dispositional  ☐ Both |
|---|---|

If Durational, state how many months above/below the Presumptive Sentence   48

Departure Reason   Mitigating # _____ or Aggravating # 0, 0, 17   (For Agg #17, Mit #9 or departure from guidelines, explain)
Negotiaed plea

| Sentence will run | ☐ Consecutive | ☒ Concurrent | to Offense # 12,4 | or to Case # 63cr-23-430 |
|---|---|---|---|---|

Defendant's Full Name:    Longoria, Michael Jonathan/Ja

## Special Conditions

### Sex Offenses

Defendant has been adjudicated guilty of an offense requiring sex offender registration and must complete the Sex Offender Registration Form and pay the Mandatory Sex Offender Fee of $250.    ☐ Yes    ☑ No

Defendant has committed an aggravated sex offense as defined in A.C.A. §12-12-903
☐ Yes    ☑ No

Defendant is alleged to be a sexually dangerous person and is ordered to undergo an evaluation at a facility designated by A.D.C. pursuant to A.C.A. §12-12-918.
☐ Yes    ☑ No

Defendant has been adjudicated guilty of an offense requiring registration and has previously been adjudicated guilty of a prior sex offense under a separate case number. If yes, list prior case numbers.
☐ Yes    ☑ No    Case Number(s)

### DNA Sample / Qualifying Offenses

Defendant has been adjudicated guilty of a qualifying offense or repeat offense as defined in A.C.A. §12-12-1103.    ☑ Yes    ☐ No
Defendant is ordered to have a DNA sample drawn at
☐ an A.C.C. Facility    ☐ the A.D.C.    ☐ Other

### Domestic Violence Offenses

Defendant has been adjudicated guilty of a domestic-violence related offense and must pay additional court costs of $25 pursuant to A.C.A. §16-10-305 of 2017.
☐ Yes    ☑ No

Defendant was originally charged with a domestic-violence related offense.
☐ Yes    ☑ No
If Yes, state the A.C.A. # of the Offense

If Yes to either question, identify the relationship of the victim to the Defendant by offense number.

### Drug Crime

Defendant has been adjudicated guilty of a drug crime as defined in A.C.A. §12-17-101.
☐ Yes    ☑ No

## Fines, Fees, Restitution

| | | | |
|---|---|---|---|
| Court Costs | $0.00 | Restitution | $0.00 |
| Fines | $0.00 | Payable to [If multiple beneficiaries, give names and payment priority] | |
| Booking/Admin Fees ($40) | $0.00 | | |
| Drug Crime Assessment Fee ($125) | $0.00 | | |
| DNA Sample Fee ($250) | $0.00 | Terms    ☐ Due Immediately | |
| Children's Advocacy Center Fund Fee | | ☐ Installments of: | |
| Public Defender Attorney Fee | $0.00 | ☐ Payments must be made within ____ 0 days of release from A.D.C. | |
| Other (explain below) | $0.00 | ☐ Upon release from confinement, Defendant must return to court to establish payment of restitution. | |

☐ Restitution is joint and several with co-defendant(s) who was found guilty. List name(s) and case number(s).

## Sentence Options

Defendant was convicted of a target offense(s) and is sentenced pursuant to provisions of the Community Punishment Act.    ☐ Yes    ☑ No

Extended Juvenile Jurisdiction Applied

The Court hereby orders a judicial transfer to the Department of Community Correction.    ☐ Yes    ☑ No    ☐ Yes ☑ No
Pursuant to Community Punishment Act, the defendant shall be eligible to have his/her records sealed.    ☐ Yes ☑ No    ☐ Yes ☑ No

| JAIL TIME CREDIT In days:    402 | TOTAL TIME TO BE SERVED FOR ALL OFFENSES In months:    120    ☐ Life ☐ LWOP | Death Penalty ☐ Yes ☑ No | If Yes, State Execution Date |
|---|---|---|---|

DEFENDANT IS ASSIGNED TO:    ☑ ADC    ☐ ADC, Admin. Transfer NOT Authorized    ☐ CCC    ☐ COUNTY JAIL    ☐ PROBATION    ☐ SIS

Conditions of disposition or probation are attached.    ☐ Yes ☑ No

A copy of the Pre-sentence investigation on sentencing information is attached    ☐ Yes    ☑ No
A copy of the Prosecutor's Short Report is attached    ☑ Yes    ☐ No

☐ Defendant is subject to delayed release pursuant to A.C.A. §5-4-405.

DEFENDANT WAS INFORMED OF APPELLATE RIGHTS    ☑ Yes    ☐ No    Appeal Bond  $    $0.00

The County Sheriff is hereby ordered to :    ☐ transport the defendant to county jail    ☐ take custody for referral to CCC    ☑ transport to ADC

Defendant shall report to DCC probation officer for report date to CCC    ☐ Yes    ☑ No

## Signature

Prosecuting Attorney/Deputy
Signature:
Date:    6-21-24
Print Name:    Greg Sink

Circuit Judge
Signature:
Date:    6-21-24
Print Name:    Josh Farmer

Additional Info
Case is concurrent with Defendant's federal case. Defendant's dna is on file.
Ken Casary
on exchange

*Michael J. Longoria v.*
*Attachments #6-1*
*Federal Bureau of Prisons, et al*

# SENTENCING ORDER

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2024-Oct-15 12:38:50
60CR-23-3046
C06D07 : 3 Pages

IN THE CIRCUIT COURT OF __Pulaski__ COUNTY, ARKANSAS,
__6th__ JUDICIAL DISTRICT __7th__ DIVISION

On __10/14/2024__ the Defendant appeared before the Court, was advised of the nature of the charge(s), of Constitutional and legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing.

## Offender

| Defendant [Last, First, MI] | Longoria, Michael J. | DOB 08/16/1971 | Sex ■ Male ☐ Female | Total Number of Counts 1 |
|---|---|---|---|---|

| SID # | 0 7 0 9 3 8 4 | Race & Ethnicity ■ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
|---|---|---|

Supervision Status at Time of Offense   Released Supervision/Bond

## Court Info

| Judge   Karen Whatley | File Stamp |
|---|---|

Prosecuting Attorney/Deputy   Lana M. Fraser

| Defendant's Attorney   Darrell Brown/Camile Wright | ☐ Private ■ Public Defender ☐ Pro Se ☐ Appointed |
|---|---|

Change of Venue ☐ Yes ■ No
If yes, from:

## Legal Statement

☐ Pursuant to A.C.A. ☐ §§16-93-301 et seq., or ☐ §§_____ this Court, without making a finding of guilt or entering a judgment of guilt and with the consent of the Defendant defers further proceedings and places the Defendant on probation.

There being no legal cause shown by the Defendant, as requested, why judgment should not be pronounced, a judgment:

☐ is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. Defendant was advised of the conditions of the sentence and/or placement on probation and understands the consequences of violating those conditions. The Court retains jurisdiction during the period of probation/suspension and may change or set aside the conditions of probation/suspension for violations or failure to satisfy Arkansas Division of Community Correction (A.C.C) rules and regulations.

■ of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Division of Correction (A.D.C) for the term specified on each offense shown below.

Defendant made a voluntary, knowing, and intelligent waiver of the right to counsel. ☐ Yes ■ No

## Offense #1

| A.C.A. # of Offense/ Name of Offense+ | 5-36-106(e)(2)(A) Theft by Receiving, $5,000 to $25,000 | Case # 60CR-23-3046 |
|---|---|---|

| A.C.A. # of Original Charged Offense | 5-36-106(e)(1) | ATN PCS102762214 | Offense was ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted |
|---|---|---|---|
| | | Appeal from District Court ☐ Yes ■ No | Probation/SIS Revocation+ ☐ Yes ■ No |

| Offense Date 03/28/2023 | Offense Is ■ Felony ☐ Misd. ☐ Viol. | Offense Classification ☐ Y ☐ A ☐ B ■ C ☐ D ☐ U |
|---|---|---|

| Number of Counts: 1 | Criminal History Score 5+ | Seriousness Level 4 | Defendant ☐ Attempted ☐ Solicited ☐ Conspired to commit the offense |
|---|---|---|---|

Presumptive Sentence ■ Prison Sentence of __60__ to __120__ months   ■ Community Corrections Center ☐ Alternative Sanction

Defendant Sentence* (see Page 2)
Imposed ■ ADC ☐ Jud. Tran. ☐ County Jail
__96__ months
Probation _____ months
SIS _____ months
Other ☐ Life ☐ LWOP ☐ Death

If probation or SIS accompanied by period of confinement, state time: _____ days or _____ months.

Sentence was enhanced _____ months, pursuant to A.C.A. §§_____
Enhancement(s) is to run: ☐ Concurrent ☐ Consecutive.
Defendant was sentenced as a habitual offender, pursuant to A.C.A. §5-4-501, subsection ☐ (a) ☐ (b) ☐ (c) ☐ (d)

| Victim Info# (See page 2) ■ N/A [Multiple Victims ☐ Yes ■ No] | Age | Sex ☐ Male ☐ Female | Race & Ethnicity ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic |
|---|---|---|---|

Defendant voluntarily, intelligently, and knowingly entered a
■ negotiated plea of ■ guilty or ☐ nolo contendere.
☐ plea directly to the court of ☐ guilty or ☐ nolo contendere.

Defendant:
☐ was sentenced pursuant to ☐ §§16-93-301 et seq., or ☐ other §§_____
☐ entered a plea and was sentenced by a jury.
☐ was found guilty by the court & sentenced by ☐ court ☐ jury.
☐ was found guilty at a jury trial & sentenced by ☐ court ☐ jury.
☐ was found guilty of lesser included offense by ☐ court ☐ jury.

| Sentence is a Departure ☐ Yes ■ No | Sentence Departure is ☐ Durational or ☐ Dispositional. If durational, state how many months above/below the presumptive sentence: |
|---|---|

Departure Reason (See page 2 for a list of reasons)
Aggravating # _____ or Mitigating # _____. For Agg. #17 or Mit. #9,
or if departing from guidelines, please explain: _____

Sentence will run: ☐ Consecutive ■ Concurrent
to Offense # _____ or
Case # Pulaski & Saline Co. and Fed. Case

Defendant's Full Name: Longoria, Michael J.

**Special Conditions**

| **Sex Offenses** | **Domestic Violence Offenses** |
|---|---|
| Defendant has been adjudicated guilty of an offense requiring sex offender registration and must complete the Sex Offender Registration Form and pay the Mandatory Sex Offender Fee of $250. ☐ Yes ■ No | Defendant has been adjudicated guilty of a domestic-violence related offense and **must** pay additional court costs of $25 pursuant to §16-10-305.  Yes ☐ No ■ |
| Defendant has committed an aggravated sex offense as defined in A.C.A. §12-12-903. ☐ Yes ■ No | Defendant was originally charged with a domestic-violence related offense.  ☐ Yes ■ No |
| Defendant is alleged to be a sexually dangerous person and is ordered to undergo an evaluation at a facility designated by A.D.C. pursuant to A.C.A. §12-12-918. ☐ Yes ■ No | If yes, state the A.C.A. # of the offense: |
| Defendant, who has been adjudicated guilty of an offense requiring registration, has been adjudicated guilty of a prior sex offense under a separate case number. ☐ Yes ■ No If yes, list prior case numbers: | If yes to either question, identify the relationship of the victim to the Defendant by offense number. |

| **DNA Sample/Qualifying Offense** | **Drug Crime** |
|---|---|
| Defendant has been adjudicated guilty of a qualifying offense or repeat offense (as defined in A.C.A. §12-12-1103). ■ Yes ☐ No Defendant is ordered to have a DNA sample drawn at ☐ A.C.C. facility ☐ the A.D.C. or ■ other _if applicable_ | Defendant has been convicted of a drug crime, as defined in §12-17-101. ☐ Yes ■ No |

**Fines, Fees, Restitution**

| | |
|---|---|
| Court Costs | $0.00 |
| Fines | $0.00 |
| Booking/Admin Fees ($40) | $0.00 |
| Drug Crime Assessment Fee ($125) | $0.00 |
| DNA Sample Fee ($250) | $0.00 |
| Children's Advocacy Center Fund Fee | $0.00 |
| Public Defender User Fee | $0.00 |
| Public Defender Attorney Fee | $0.00 |
| Other (explain) | $ 0.00 |

**Restitution** $ 0.00 _____ Payable **to** [If multiple beneficiaries, give names and payment priority] _____

**Terms**
☐ Due Immediately
☐ Installments of:
☐ Payments must be made within _____ days of release from A.D.C.
☐ Upon release from confinement, Defendant must return to court to establish payment of restitution
☐ Restitution is joint and several with co-defendant(s) who was found guilty – List name(s) and case number(s) _____

**Sentence Options**

Defendant was convicted of a target offense(s) and is sentenced pursuant to provisions of the Community Punishment Act. ☐ Yes ■ No
The Court hereby orders a judicial transfer to the AR Division of Community Correction. ☐ Yes ■ No
Pursuant to the Community Punishment Act, the Defendant shall be eligible to have his/her records sealed. ☐ Yes ■ No

**Extended Juvenile Jurisdiction Applied** ☐ Yes ■ No

| **JAIL TIME CREDIT** 514 days | **TOTAL TIME TO BE SERVED FOR ALL OFFENSES** In months: 96  ☐ Life ☐ LWOP | **Death Penalty** ☐ Yes ■ No | **If Yes, State Execution Date:** |
|---|---|---|---|

**DEFENDANT IS ASSIGNED TO:** ■ ADC   ☐ ADC, Admin.Transfer NOT Authorized   ☐ CCC   ☐ COUNTY JAIL   ☐ PROBATION   ☐ SIS

Conditions of disposition or probation are attached. ☐ Yes ■ No

A copy of the pre-sentence investigation on sentencing information is attached ☐ Yes ■ No     ☐ Defendant is subject to delayed release pursuant to A.C.A. § 5-4-405.
A copy of the Prosecutor's Short Report is attached ☐ Yes ■ No

**DEFENDANT WAS INFORMED OF APPELLATE RIGHTS** ■ Yes ☐ No     **Appeal Bond $**

The County Sheriff is hereby ordered to: ☐ transport the defendant to county jail ☐ take custody for referral to CCC ■ transport to ADC

Defendant shall report to ACC probation officer for report date to CCC ☐ Yes ■ No

**Signature**

Prosecuting Attorney/Deputy (Print Name): Lana M. Fraser

Signature: _Lana M. Fraser_     Date: 10/14/2024

Circuit Judge (Print Name): Karen Whatley

Signature: _____     Date: _____

Additional Info: Concurrent to Cases: 60CR-23-2710; 60CR-23-2712; 60CR-23-2713; 60CR-24-2659; 60CR-24-2903; 63CR-23-430; 63CR-23-452; Federal Case No. 4:18CR00668



**Case Title:**       STATE V MICHAEL J LONGORIA

**Case Number:**   60CR-23-3046

**Type:**             SENTENCING ORDER

So Ordered

Honorable Karen D. Whatley

Electronically signed by KDWHATLEY on 2024-10-15    page 3 of 3

# SENTENCING ORDER

**ELECTRONICALLY FILED**
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2024-Oct-15  12:38:10
60CR-23-2710
C06D07 : 5 Pages

IN THE CIRCUIT COURT OF __Pulaski__ COUNTY, ARKANSAS,
__6th__ JUDICIAL DISTRICT __7th__ DIVISION

On __10/14/2024__ the Defendant appeared before the Court, was advised of the nature of the charge(s), of Constitutional and legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing.

## Offender

| **Defendant** [Last, First, MI] Longoria, Michael J. | | **DOB** 08/16/1971 | **Sex** ■ Male ☐ Female | **Total Number of Counts** 2 |
|---|---|---|---|---|

**SID #** 0 7 0 9 3 8 4 | **Race & Ethnicity** ■ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic

**Supervision Status at Time of Offense** Released Supervision

## Court Info

**Judge** Karen Whatley

**File Stamp**

**Prosecuting Attorney/Deputy** Lana M. Fraser

**Defendant's Attorney** Darrell Brown/Camile Wright    ☐ Private ■ Public Defender ☐ Pro Se ☐ Appointed

**Change of Venue** ☐ Yes ■ No    If yes, from:

## Legal Statement

☐ Pursuant to A.C.A. ☐ §§16-93-301 et seq., or ☐ §§_____ this Court, without making a finding of guilt or entering a judgment of guilt and with the consent of the Defendant defers further proceedings and places the Defendant on probation.

☐ There being no legal cause shown by the Defendant, as requested, why judgment should not be pronounced, a judgment: is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. Defendant was advised of the conditions of the sentence and/or placement on probation and understands the consequences of violating those conditions. The Court retains jurisdiction during the period of probation/suspension and may change or set aside the conditions of probation/suspension for violations or failure to satisfy Arkansas Division of Community Correction (A.C.C) rules and regulations.

■ of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Division of Correction (A.D.C.) for the term specified on each offense shown below.

Defendant made a voluntary, knowing, and intelligent waiver of the right to counsel. ☐ Yes ■ No

| A.C.A. # of Offense/ Name of Offense+ 5-36-103(b)(3)(A) Theft of Property | | | **Case #** 60CR-23-2710 |
|---|---|---|---|

**A.C.A. # of Original Charged Offense** 5-36-103(b)(3)(A) | **ATN** SAL004973552 | **Offense was** ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted

**Appeal from District Court** ☐ Yes ■ No | **Probation/SIS Revocation+** ☐ Yes ■ No

**Offense Date** 02/01/2022 - 02/28/2022 | **Offense is** ■ Felony ☐ Misd. ☐ Viol. | **Offense Classification** ☐ Y ☐ A ☐ B ☐ C ■ D ☐ U

| **Number of Counts:** 1 | **Criminal History Score** 5+ | **Seriousness Level** 2 | **Defendant** ☐ Attempted ☐ Solicited ☐ Conspired to commit the offense |
|---|---|---|---|

**Presumptive Sentence*** ■ Prison Sentence of 24 to 48 months    ■ Community Corrections Center  ■ Alternative Sanction

## Offense #1

**Defendant Sentence*** (see Page 2)
Imposed ■ ADC ☐ Jud. Tran. ☐ County Jail

96 ___ months

Probation ___ months

SIS ___ months

Other ☐ Life ☐ LWOP ☐ Death

If probation or SIS accompanied by period of confinement, state time: ___ days or ___ months.

Sentence was enhanced ___ months, pursuant to A.C.A. §§_____.
Enhancement(s) is to run: ☐ Concurrent ☐ Consecutive.

Defendant was sentenced as a habitual offender, pursuant to A.C.A. §5-4-501, subsection ☐ (a) ■ (b) ☐ (c) ☐ (d)

| **Victim Info#** (See page 2) ☐ N/A [Multiple Victims ☐ Yes ■ No] | **Age** 80 | **Sex** ☐ Male ■ Female | **Race & Ethnicity** ■ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic |
|---|---|---|---|

**Defendant voluntarily, intelligently, and knowingly entered a** ■ negotiated plea of ■ guilty or ☐ nolo contendere. ☐ plea directly to the court of ☐ guilty or ☐ nolo contendere.

**Defendant:**
☐ was sentenced pursuant to ☐ §§16-93-301 et seq., or ☐ other §§_____
☐ entered a plea and was sentenced by a jury.
☐ was found guilty by the court & sentenced by ☐ court ☐ jury.
☐ was found guilty at a jury trial & sentenced by ☐ court ☐ jury.
☐ was found guilty of lesser included offense by ☐ court ☐ jury.

| **Sentence is a Departure** ■ Yes ☐ No | **Sentence Departure is** ■ Durational or ☐ Dispositional. If durational, state how many months above/below the presumptive sentence: 48 months above |
|---|---|

**Departure Reason** (See page 2 for a list of reasons)

Aggravating # 2 ___ or Mitigating # _____. For Agg. #17 or Mit. #9,

or if departing from guidelines, please explain: _____

**Sentence will run:** ☐ Consecutive ■ Concurrent

to Offense # _____ or

Case # Pulaski & Saline Co. and Fed. Case

Defendant's Full Name: Longoria, Michael J.

| A.C.A. # of Offense/ Name of Offense+ | 5-36-106(e)(4) Theft by Receiving | | | | | Case # 60CR-23-2710 | |
|---|---|---|---|---|---|---|---|
| A.C.A. # of Original Charged Offense | 5-36-106(e)(4) | | ATN SAL004973352 | | Offense was ■ Nolle Prossed ☐ Dismissed ☐ Acquitted | | |
| | | | Appeal from District Court ☐ Yes ■ No | | Probation/SIS Revocation+ ☐ Yes ■ No | | |
| Offense Date 02/01/2022-02/28/2022 | | | Offense is ☐ Felony ■ Misd. ☐ Viol. | | Offense Classification ☐ Y ■ A ☐ B ☐ C ☐ D ☐ U | | |

**Offense #: 2**

| Number of Counts: 1 | Criminal History Score | | Seriousness Level | | | Defendant ☐ Attempted ☐ Solicited ☐ Conspired to commit the offense | |
|---|---|---|---|---|---|---|---|

Presumptive Sentence ☐ Prison Sentence of _____ to _____months       ☐ Community Corrections Center   ☐ Alternative Sanction

| Defendant Sentence* (see Page 2) Imposed ☐ADC ☐ Jud. Tran. ☐ County Jail | If probation or SIS accompanied by period of confinement, state time: _____ days or _____ months. |
|---|---|
| _____ months | Sentence was enhanced _____ months, pursuant to |
| Probation _____ months | A.C.A. §§_____ Enhancement(s) is to run: ☐ Concurrent ☐ Consecutive. |
| SIS _____ months Other ☐ Life ☐ LWOP ☐ Death | Defendant was sentenced as a habitual offender, pursuant to A.C.A. §5-4-501, subsection ☐ (a) ☐ (b) ☐ (c) ☐ (d) |

| Victim Info# (See page 2) ☐ N/A   Age [Multiple Victims ☐ Yes ☐ No] | Sex ☐ Male ☐ Female | Race & Ethnicity ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic |
|---|---|---|

| Defendant voluntarily, intelligently, and knowingly entered a ☐negotiated plea of ☐guilty or ☐nolo contendere. ☐plea directly to the court of ☐guilty or ☐nolo contendere. | Defendant: ☐ was sentenced pursuant to ☐ §§16-93-301 et seq., or ☐ other §§_____ ☐ entered a plea and was sentenced by a jury. ☐ was found guilty by the court & sentenced by ☐ court ☐jury. ☐ was found guilty at a jury trial & sentenced by ☐ court ☐jury. ☐ was found guilty of lesser included offense by ☐ court ☐jury. |
|---|---|

| Sentence is a Departure ☐ Yes ☐ No | Sentence Departure is ☐ Durational or ☐ Dispositional. If durational, state how many months above/below the presumptive sentence: |
|---|---|

| Departure Reason (See page 2 for a list of reasons) Aggravating # _____ or Mitigating # _____. For Agg. #17 or Mit. #9, or if departing from guidelines, please explain: _____ | Sentence will run: ☐ Consecutive Concurrent ☐ to Offense # _____ or Case # _____ |
|---|---|

| A.C.A. # of Offense/ Name of Offense+ | | | | | | Case # | |
|---|---|---|---|---|---|---|---|
| A.C.A. # of Original Charged Offense | | | ATN | | Offense was ☐Nolle Prossed ☐ Dismissed ☐ Acquitted | | |
| | | | Appeal from District Court ☐Yes ☐ No | | Probation/SIS Revocation+ ☐ Yes ☐ No | | |
| Offense Date | | | Offense is ☐ Felony ☐ Misd. ☐ Viol. | | Offense Classification ☐ Y ☐ A ☐ B ☐ C ☐ D ☐ U | | |

| Number of Counts: | Criminal History Score | | Seriousness Level | | | Defendant ☐ Attempted ☐ Solicited ☐ Conspired to commit the offense | |
|---|---|---|---|---|---|---|---|

Presumptive Sentence ☐ Prison Sentence of _____ to _____months       ☐ Community Corrections Center   ☐ Alternative Sanction

**Offense #:**

| Defendant Sentence* (see Page 2) Imposed ☐ADC ☐ Jud. Tran. ☐ County Jail | If probation or SIS accompanied by period of confinement, state time: _____ days or _____ months. |
|---|---|
| _____ months | Sentence was enhanced _____ months, pursuant to |
| Probation _____ months | A.C.A. §§_____ Enhancement(s) is to run: ☐ Concurrent ☐ Consecutive. |
| SIS _____ months Other ☐ Life ☐ LWOP ☐ Death | Defendant was sentenced as a habitual offender, pursuant to A.C.A. §5-4-501, subsection ☐ (a) ☐ (b) ☐ (c) ☐ (d) |

| Victim Info# (See page 2) ☐ N/A   Age [Multiple Victims ☐ Yes ☐ No] | Sex ☐ Male ☐ Female | Race & Ethnicity ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic |
|---|---|---|

| Defendant voluntarily, intelligently, and knowingly entered a ☐negotiated plea of ☐guilty or ☐nolo contendere. ☐plea directly to the court of ☐guilty or ☐nolo contendere. | Defendant: ☐ was sentenced pursuant to ☐§§16-93-301 et seq., or ☐other §§_____ ☐ entered a plea and was sentenced by a jury. ☐ was found guilty by the court & sentenced by ☐ court ☐jury. ☐ was found guilty at a jury trial & sentenced by ☐ court ☐jury. ☐ was found guilty of lesser included offense by ☐ court ☐jury. |
|---|---|

| Sentence is a Departure ☐ Yes ☐ No | Sentence Departure is ☐ Durational or ☐ Dispositional. If durational, state how many months above/below the presumptive sentence: |
|---|---|

| Departure Reason (See page 2 for a list of reasons) Aggravating # _____ or Mitigating # _____. For Agg. #17 or Mit. #9, or if departing from guidelines, please explain: _____ | Sentence will run: ☐ Consecutive Concurrent ☐ to Offense # _____ or Case # _____ |
|---|---|

Defendant's Full Name: Longoria, Michael J.

<table>
<tr><td colspan="2">

**Sex Offenses**

Defendant has been adjudicated guilty of an offense requiring sex offender registration and must complete the Sex Offender Registration Form and pay the Mandatory Sex Offender Fee of $250. ☐ Yes ☐ No

Defendant has committed an aggravated sex offense as defined in A.C.A. §12-12-903. ☐ Yes ☐ No

Defendant is alleged to be a sexually dangerous person and is ordered to undergo an evaluation at a facility designated by A.D.C. pursuant to A.C.A. §12-12-918. ☐ Yes ☐ No

Defendant, who has been adjudicated guilty of an offense requiring registration, has been adjudicated guilty of a prior sex offense under a separate case number. ☐ Yes ☐ No If yes, list prior case numbers:

</td><td>

**Domestic Violence Offenses**

Defendant has been adjudicated guilty of a domestic-violence related offense and **must** pay additional court costs of $25 pursuant to §16-10-305. ☐ Yes ☐ No

Defendant was originally charged with a domestic-violence related offense. ☐ Yes ☐ No If yes, state the A.C.A. # of the offense:

_____

If yes to either question, identify the relationship of the victim to the Defendant by offense number.

_____

</td></tr>
</table>

**Special Conditions** (side label)

<table>
<tr><td colspan="2">

**DNA Sample/Qualifying Offense**

Defendant has been adjudicated guilty of a qualifying offense or repeat offense (as defined in A.C.A. §12-12-1103). ☐ Yes ☐ No

Defendant is ordered to have a DNA sample drawn at ☐ A.C.C. facility ☐ the A.D.C. or

☐ other if applicable

</td><td>

**Drug Crime**

Defendant has been convicted of a drug crime, as defined in §12-17-101. ☐ Yes ☐ No

</td></tr>
</table>

**Fines, Fees, Restitution** (side label)

| | | |
|---|---|---|
| **Court Costs** | $0.00 | Restitution $ 0.00 _____ Payable to [If multiple beneficiaries, give names and payment priority] _____ |
| **Fines** | $0.00 | |
| **Booking/Admin Fees ($40)** | $0.00 | |
| **Drug Crime Assessment Fee ($125)** | $0.00 | **Terms** ☐ Due Immediately |
| **DNA Sample Fee ($250)** | $0.00 | ☐ Installments of: |
| **Children's Advocacy Center Fund Fee** | $0.00 | ☐ Payments must be made within _____ days of release from A.D.C. ☐ Upon release from confinement, Defendant must return to court to establish |
| **Public Defender User Fee** | $0.00 | payment of restitution |
| **Public Defender Attorney Fee** | $0.00 | ☐ Restitution is joint and several with co-defendant(s) who was found guilty – List |
| **Other (explain)** | $0.00 | name(s) and case number(s) _____ |

**Sentence Options** (side label)

Defendant was convicted of a target offense(s) and is sentenced pursuant to provisions of the Community Punishment Act. ☐ Yes ☐ No

The Court hereby orders a judicial transfer to the AR Division of Community Correction. ☐ Yes ☐ No

Pursuant to the Community Punishment Act, the Defendant shall be eligible to have his/her records sealed ☐ Yes ☐ No

**Extended Juvenile Jurisdiction Applied** ☐ Yes ☐ No

| **JAIL TIME CREDIT** 514 days | **TOTAL TIME TO BE SERVED FOR ALL OFFENSES** In months: 96 ☐ Life ☐ LWOP | **Death Penalty** ☐ Yes ☐ No | **If Yes, State Execution Date:** |
|---|---|---|---|

**DEFENDANT IS ASSIGNED TO:** ☐ ADC ☐ ADC, Admin.Transfer NOT Authorized ☐ CCC ☐ COUNTY JAIL ☐ PROBATION ☐ SIS

Conditions of disposition or probation are attached. ☐ Yes ☐ No

A copy of the pre-sentence investigation on sentencing information is attached ☐ Yes ☐ No | Defendant is subject to delayed release pursuant to A.C.A. § 5-4-405.

A copy of the Prosecutor's Short Report is attached ☐ Yes ☐ No

**DEFENDANT WAS INFORMED OF APPELLATE RIGHTS** ☐ Yes ☐ No **Appeal Bond $**

The County Sheriff is hereby ordered to: ☐ transport the defendant to county jail ☐ take custody for referral to CCC ☐ transport to ADC

Defendant shall report to ACC probation officer for report date to CCC ☐ Yes ☐ No

**Signature** (side label)

Prosecuting Attorney/Deputy (Print Name): Lana M. Fraser

Signature: _Lana M. Fraser_ Date: 10/14/2024

Circuit Judge (Print Name): Karen Whatley

Signature: _____ Date: _____

Additional Info: Concurrent to Cases: 60CR-23-2712; 60CR-23-2713; 60CR-23-3046; 60CR-24-2659; 60CR-24-2903; 63CR-23-430; 63CR-23-452; Federal Case No. 4:18CR00668



**Case Title:**       STATE V MICHAEL J LONGORIA

**Case Number:**    60CR-23-2710

**Type:**             SENTENCING ORDER

So Ordered

_____

Honorable Karen D. Whatley

Electronically signed by KDWHATLEY on 2024-10-15    page 5 of 5

# SENTENCING ORDER

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2024-Oct-15 12:38:21
60CR-23-2712
C06D07 : 5 Pages

IN THE CIRCUIT COURT OF __Pulaski__ COUNTY, ARKANSAS,
__6th__ JUDICIAL DISTRICT __7th__ DIVISION

On __10/14/2024__ the Defendant appeared before the Court, was advised of the nature of the charge(s), of Constitutional and legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing.

## Offender

| Defendant [Last, First, MI] Longoria, Michael J. | | DOB 08/16/1971 | Sex ■ Male ☐ Female | Total Number of Counts 2 |
|---|---|---|---|---|
| SID # 0 7 0 9 3 8 4 | | Race & Ethnicity ■ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic | | |
| Supervision Status at Time of Offense  Released Supervision | | | | |

## Court Info

| Judge  Karen Whatley | File Stamp |
|---|---|
| Prosecuting Attorney/Deputy  Lana M. Fraser | |
| Defendant's Attorney  Darrell Brown/Camile Wright  ☐ Private ■ Public Defender ☐ Pro Se ☐ Appointed | |
| Change of Venue ☐ Yes ■ No  If yes, from: | |

## Legal Statement

☐ Pursuant to A.C.A. ☐ §§16-93-301 et seq., or ☐ §§_____ this Court, without making a finding of guilt or entering a judgment of guilt and with the consent of the Defendant defers further proceedings and places the Defendant on probation.

☐ There being no legal cause shown by the Defendant, as requested, why judgment should not be pronounced, a judgment:
is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. Defendant was advised of the conditions of the sentence and/or placement on probation and understands the consequences of violating those conditions. The Court retains jurisdiction during the period of probation/suspension and may change or set aside the conditions of probation/suspension for violations or failure to satisfy Arkansas Division of Community Correction (A.C.C) rules and regulations.

■ of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Division of Correction (A.D.C) for the term specified on each offense shown below.

Defendant made a voluntary, knowing, and intelligent waiver of the right to counsel. ☐ Yes ■ No

## Offense #1

| A.C.A. # of Offense/ Name of Offense+  5-36-103(b)(3)(A) Theft of Property | | | Case # 60CR-23-2712 |
|---|---|---|---|
| A.C.A. # of Original Charged Offense  5-36-103(b)(2)(A) | ATN SAL004973352 | Offense was ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted | |
| | Appeal from District Court ☐ Yes ■ No | Probation/SIS Revocation+ ☐ Yes ■ No | |
| Offense Date 03/18/2023 | Offense is ■ Felony ☐ Misd. ☐ Viol. | Offense Classification ☐ Y ☐ A ☐ B ☐ C ■ D ☐ U | |
| Number of Counts: 1 | Criminal History Score 5+ | Seriousness Level 2 | Defendant ☐ Attempted ☐ Solicited ☐ Conspired to commit the offense |
| Presumptive Sentence ■ Prison Sentence of 24 to 48 months  ■ Community Corrections Center  ■ Alternative Sanction | | | |

| Defendant Sentence* (see Page 2) Imposed ■ ADC ☐ Jud. Tran. ☐ County Jail | If probation or SIS accompanied by period of confinement, state time: _____ days or _____ months. |
|---|---|
| 96 months | Sentence was enhanced _____ months, pursuant to |
| Probation _____ months | A.C.A. §§ _____ . |
| SIS _____ months | Enhancement(s) is to run: ☐ Concurrent ☐ Consecutive. |
| Other ☐ Life ☐ LWOP ☐ Death | Defendant was sentenced as a habitual offender, pursuant to A.C.A. §5-4-501, subsection ☐ (a) ■ (b) ☐ (c) ☐ (d) |

| Victim Info# (See page 2) ☐ N/A [Multiple Victims ☐ Yes ■ No] | Age 80 | Sex ☐ Male ■ Female | Race & Ethnicity ■ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic |
|---|---|---|---|

| Defendant voluntarily, intelligently, and knowingly entered a ■ negotiated plea of ■ guilty or ☐ nolo contendere. ☐ plea directly to the court of ☐ guilty or ☐ nolo contendere. | Defendant: ☐ was sentenced pursuant to ☐ §§16-93-301 et seq., or ☐ other §§ _____ ☐ entered a plea and was sentenced by a jury. ☐ was found guilty by the court & sentenced by ☐ court ☐ jury. ☐ was found guilty at a jury trial & sentenced by ☐ court ☐ jury. ☐ was found guilty of lesser included offense by ☐ court ☐ jury. |
|---|---|

| Sentence is a Departure ■ Yes ☐ No | Sentence Departure is ■ Durational or ☐ Dispositional. If durational, state how many months above/below the presumptive sentence: 48 months above |
|---|---|

| Departure Reason (See page 2 for a list of reasons)  Aggravating # 2 _____ or Mitigating # _____. For Agg. #17 or Mit. #9, or if departing from guidelines, please explain: _____ | Sentence will run: ☐ Consecutive ■ Concurrent  to Offense # 2 _____ or  Case # Pulaski & Saline Co. and Fed. Case |
|---|---|

Defendant's Full Name: Longoria, Michael J.

| A.C.A. # of Offense/ Name of Offense+ | 5-37-201 Forgery 2nd | | | | | Case # 60CR-23-2712 | |
|---|---|---|---|---|---|---|---|

**Offense #: 2**

| A.C.A. # of Original Charged Offense | 5-37-201 | ATN SAL004973352 | | Offense was ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted |
|---|---|---|---|---|
| | | Appeal from District Court ☐ Yes ■ No | | Probation/SIS Revocation+ ☐ Yes ■ No |

| Offense Date 03/18/2023 | Offense is ■ Felony ☐ Misd. ☐ Viol. | Offense Classification ☐ Y ☐ A ☐ B ■ C ☐ D ☐ U |
|---|---|---|

| Number of Counts: 1 | Criminal History Score 5+ | Seriousness Level 3 | Defendant ☐ Attempted ☐ Solicited ☐ Conspired to commit the offense |
|---|---|---|---|

| Presumptive Sentence ■ Prison Sentence of 48 to 72 months | Community Corrections Center ■ Alternative Sanction |
|---|---|

**Defendant Sentence*** (see Page 2)
Imposed ■ ADC ☐ Jud. Tran. ☐ County Jail

If probation or SIS accompanied by period of confinement, state time: _____ days or _____ months.

96 _____ months

Sentence was enhanced _____ months, pursuant to

Probation _____ months

A.C.A. §§ _____.
Enhancement(s) is to run: ☐ Concurrent ☐ Consecutive.

SIS _____ months
Other ☐ Life ☐ LWOP ☐ Death

Defendant was sentenced as a habitual offender, pursuant to A.C.A. §5-4-501, subsection
☐ (a) ■ (b) ☐ (c) ☐ (d)

| Victim Info# (See page 2) ☐ N/A [Multiple Victims ☐ Yes ■ No] | Age 80 | Sex ☐ Male ■ Female | Race & Ethnicity ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic |
|---|---|---|---|

**Defendant voluntarily, intelligently, and knowingly entered a**
■ negotiated plea of ■ guilty or ☐ nolo contendere.
☐ plea directly to the court of ☐ guilty or ☐ nolo contendere.

Defendant:
☐ was sentenced pursuant to ☐ §§16-93-301 et seq., or ☐ other §§ _____
☐ entered a plea and was sentenced by a jury.
☐ was found guilty by the court & sentenced by ☐ court ☐ jury.
☐ was found guilty at a jury trial & sentenced by ☐ court ☐ jury.
☐ was found guilty of lesser included offense by ☐ court ☐ jury.

| Sentence is a Departure ■ Yes ☐ No | Sentence Departure is ■ Durational or ☐ Dispositional. If durational, state how many months above/below the presumptive sentence: 24 months above |
|---|---|

**Departure Reason** (See page 2 for a list of reasons)

Aggravating # 2 _____ or Mitigating # _____. For Agg. #17 or Mit. #9,

or if departing from guidelines, please explain: _____

Sentence will run: ☐ Consecutive
Concurrent ■
to Offense # 1 _____ or
Case # Pulaski & Saline Co.; Fed Case

---

| A.C.A. # of Offense/ Name of Offense+ | | | | | | Case # | |
|---|---|---|---|---|---|---|---|

**Offense #:**

| A.C.A. # of Original Charged Offense | | ATN | | Offense was ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted |
|---|---|---|---|---|
| | | Appeal from District Court ☐ Yes ☐ No | | Probation/SIS Revocation+ ☐ Yes ☐ No |

| Offense Date | Offense is ☐ Felony ☐ Misd. ☐ Viol. | Offense Classification ☐ Y ☐ A ☐ B ☐ C ☐ D ☐ U |
|---|---|---|

| Number of Counts: | Criminal History Score | Seriousness Level | Defendant ☐ Attempted ☐ Solicited ☐ Conspired to commit the offense |
|---|---|---|---|

| Presumptive Sentence ☐ Prison Sentence of _____ to _____ months | Community Corrections Center ■ Alternative Sanction |
|---|---|

**Defendant Sentence*** (see Page 2)
Imposed ☐ ADC ☐ Jud. Tran. ☐ County Jail

If probation or SIS accompanied by period of confinement, state time: _____ days or _____ months.

_____ months

Sentence was enhanced _____ months, pursuant to

Probation _____ months

A.C.A. §§ _____.
Enhancement(s) is to run: ☐ Concurrent ☐ Consecutive.

SIS _____ months
Other ☐ Life ☐ LWOP ☐ Death

Defendant was sentenced as a habitual offender, pursuant to A.C.A. §5-4-501, subsection
☐ (a) ☐ (b) ☐ (c) ☐ (d)

| Victim Info# (See page 2) ☐ N/A [Multiple Victims ☐ Yes ☐ No] | Age | Sex ☐ Male ☐ Female | Race & Ethnicity ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic |
|---|---|---|---|

**Defendant voluntarily, intelligently, and knowingly entered a**
☐ negotiated plea of ☐ guilty or ☐ nolo contendere.
☐ plea directly to the court of ☐ guilty or ☐ nolo contendere.

Defendant:
☐ was sentenced pursuant to ☐ §§16-93-301 et seq., or ☐ other §§ _____
☐ entered a plea and was sentenced by a jury.
☐ was found guilty by the court & sentenced by ☐ court ☐ jury.
☐ was found guilty at a jury trial & sentenced by ☐ court ☐ jury.
☐ was found guilty of lesser included offense by ☐ court ☐ jury.

| Sentence is a Departure ☐ Yes ☐ No | Sentence Departure is ☐ Durational or ☐ Dispositional. If durational, state how many months above/below the presumptive sentence: |
|---|---|

**Departure Reason** (See page 2 for a list of reasons)

Aggravating # _____ or Mitigating # _____. For Agg. #17 or Mit. #9,

or if departing from guidelines, please explain: _____

Sentence will run: ☐ Consecutive
Concurrent ☐
to Offense # _____ or
Case # _____

Defendant's Full Name: Longoria, Michael J.

| Special Conditions | **Sex Offenses** | | **Domestic Violence Offenses** |
|---|---|---|---|

**Sex Offenses**

Defendant has been adjudicated guilty of an offense requiring sex offender registration and must complete the Sex Offender Registration Form and pay the Mandatory Sex Offender Fee of $250.   ☐ Yes ■ No

Defendant has committed an aggravated sex offense as defined in A.C.A. §12-12-903.   ☐ Yes ■ No

Defendant is alleged to be a sexually dangerous person and is ordered to undergo an evaluation at a facility designated by A.D.C. pursuant to A.C.A. §12-12-918.   ☐ Yes ■ No

Defendant, who has been adjudicated guilty of an offense requiring registration, has been adjudicated guilty of a prior sex offense under a separate case number. ☐ Yes ■ No
If yes, list prior case numbers:

**Domestic Violence Offenses**

Defendant has been adjudicated guilty of a domestic-violence related offense and **must pay** additional court costs of $25 pursuant to §16-10-305.   Yes ☐ No ■

Defendant was originally charged with a domestic-violence related offense.   ☐ Yes ■ No
If yes, state the A.C.A. # of the offense:

If yes to either question, identify the relationship of the victim to the Defendant by offense number.

---

**DNA Sample/Qualifying Offense**

Defendant has been adjudicated guilty of a qualifying offense or repeat offense (as defined in A.C.A. §12-12-1103). ■ Yes ☐ No

Defendant is ordered to have a DNA sample drawn at ☐ A.C.C. facility ☐ the A.D.C. or

■ other _if applicable_

**Drug Crime**

Defendant has been convicted of a drug crime, as defined in §12-17-101.   ☐ Yes ■ No

---

| Fines, Fees, Restitution | | | |
|---|---|---|---|
| **Court Costs** | $0.00 | **Restitution $** 0.00 _____ Payable to [If multiple beneficiaries, give names and payment priority] _____ | |
| **Fines** | $0.00 | | |
| **Booking/Admin Fees ($40)** | $0.00 | **Terms** | |
| **Drug Crime Assessment Fee ($125)** | $0.00 | ☐ Due Immediately | |
| **DNA Sample Fee ($250)** | $0.00 | ☐ Installments of: | |
| **Children's Advocacy Center Fund Fee** | $0.00 | ☐ Payments must be made within _____ days of release from A.D.C. | |
| **Public Defender User Fee** | $0.00 | ☐ Upon release from confinement, Defendant must return to court to establish payment of restitution | |
| **Public Defender Attorney Fee** | $0.00 | ☐ Restitution is joint and several with co-defendant(s) who was found guilty – List | |
| **Other (explain)** | $0.00 | name(s) and case number(s) _____ | |

---

Defendant was convicted of a target offense(s) and is sentenced pursuant to provisions of the Community Punishment Act. ☐ Yes ■ No

The Court hereby orders a judicial transfer to the AR Division of Community Correction. ☐ Yes ■ No

Pursuant to the Community Punishment Act, the Defendant shall be eligible to have his/her records sealed ☐ Yes ■ No

**Extended Juvenile Jurisdiction Applied**   ☐ Yes ■ No

| | | | | |
|---|---|---|---|---|
| **JAIL TIME CREDIT** 514 days | **TOTAL TIME TO BE SERVED FOR ALL OFFENSES** In months: 96   ☐ Life  ☐ LWOP | **Death Penalty** ☐ Yes ■ No | **If Yes, State Execution Date:** | |

**DEFENDANT IS ASSIGNED TO:** ■ ADC   ☐ ADC, Admin.Transfer NOT Authorized   ☐ CCC   ☐ COUNTY JAIL   ☐ PROBATION   ☐ SIS

Conditions of disposition or probation are attached. ☐ Yes ■ No

A copy of the pre-sentence investigation on sentencing information is attached ☐ Yes ■ No   ☐ Defendant is subject to delayed release pursuant to A.C.A. § 5-4-405.

A copy of the Prosecutor's Short Report is attached ☐ Yes ■ No

**DEFENDANT WAS INFORMED OF APPELLATE RIGHTS** ■ Yes ☐ No   **Appeal Bond $**

The County Sheriff is hereby ordered to: ☐ transport the defendant to county jail ☐ take custody for referral to CCC ■ transport to ADC

Defendant shall report to ACC probation officer for report date to CCC ☐ Yes ■ No

---

Prosecuting Attorney/Deputy (Print Name): Lana M. Fraser

Signature: _Lana M Fraser_   Date: 10/14/2024

Circuit Judge (Print Name): Karen Whatley

Signature: _____   Date: _____

**Additional Info:** Concurrent to Cases: 60CR-23-2710; 60CR-23-2713; 60CR-23-3046; 60CR-24-2659; 60CR-24-2903; 63CR-23-430; 63CR-23-452; Federal Case No. 4:18CR00668



**Case Title:**       STATE V MICHAEL J LONGORIA

**Case Number:**   60CR-23-2712

**Type:**                SENTENCING ORDER

So Ordered

*Karen D. Whatley*

Honorable Karen D. Whatley

Electronically signed by KDWHATLEY on 2024-10-15    page 5 of 5

# SENTENCING ORDER

IN THE CIRCUIT COURT OF __Pulaski__ COUNTY, ARKANSAS,

__6th__ JUDICIAL DISTRICT __7th__ DIVISION

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2024-Oct-15  12:38:32
60CR-23-2713
C06D07 : 5 Pages

On __10/14/2024__ the Defendant appeared before the Court, was advised of the nature of the charge(s), of Constitutional and legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing.

## Offender

| Defendant [Last, First, MI] | Longoria, Michael J. | | | | | | | DOB 08/16/1971 | Sex ■ Male ☐ Female | Total Number of Counts 2 |
|---|---|---|---|---|---|---|---|---|---|---|

| SID # | 0 | 7 | 0 | 9 | 3 | 8 | 4 | Race & Ethnicity ■ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
|---|---|---|---|---|---|---|---|---|

**Supervision Status at Time of Offense** Released Supervision

## Court Info

| Judge | Karen Whatley | | File Stamp |
|---|---|---|---|
| **Prosecuting Attorney/Deputy** | Lana M. Fraser | | |
| **Defendant's Attorney** | Darrell Brown/Camile Wright | ☐ Private ■ Public Defender ☐ Pro Se ☐ Appointed | |
| **Change of Venue** ☐ Yes ■ No If yes, from: | | | |

## Legal Statement

| ☐ | Pursuant to A.C.A. ☐ §§16-93-301 et seq., or ☐ §§_____ this Court, without making a finding of guilt or entering a judgment of guilt and with the consent of the Defendant defers further proceedings and places the Defendant on probation. |
|---|---|
| | There being no legal cause shown by the Defendant, as requested, why judgment should not be pronounced, a judgment: |
| ☐ | is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. Defendant was advised of the conditions of the sentence and/or placement on probation and understands the consequences of violating those conditions. The Court retains jurisdiction during the period of probation/suspension and may change or set aside the conditions of probation/suspension for violations or failure to satisfy Arkansas Division of Community Correction (A.C.C) rules and regulations. |
| ■ | of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Division of Correction (A.D.C.) for the term specified on each offense shown below. |

Defendant made a voluntary, knowing, and intelligent waiver of the right to counsel. ☐ Yes ■ No

| A.C.A. # of Offense/ Name of Offense+ | 5-37-201 Forgery 2nd Degree | | Case # 60CR-23-2713 |
|---|---|---|---|
| A.C.A. # of Original Charged Offense | 5-37-201 | ATN SAL004973352 | Offense was ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted |
| | | **Appeal from District Court** ☐ Yes ■ No | **Probation/SIS Revocation+** ☐ Yes ■ No |

| Offense Date 04/20/2023 | Offense is ■ Felony ☐ Misd. ☐ Viol. | Offense Classification ☐ Y ☐ A ☐ B ■ C ☐ D ☐ U |
|---|---|---|

| Number of Counts: 1 | Criminal History Score 5+ | Seriousness Level 3 | Defendant ☐ Attempted ☐ Solicited ☐ Conspired to commit the offense |
|---|---|---|---|

**Presumptive Sentence** ■ Prison Sentence of 48 to 72 months    ■ Community Corrections Center  ■ Alternative Sanction

## Offense #1

| Defendant Sentence* (see Page 2) Imposed ■ ADC ☐ Jud. Tran. ☐ County Jail | If probation or SIS accompanied by period of confinement, state time: _____ days or _____ months. |
|---|---|
| 96 months | Sentence was enhanced _____ months, pursuant to |
| Probation _____ months | A.C.A. §§ _____ Enhancement(s) is to run: ☐ Concurrent ☐ Consecutive. |
| SIS _____ months Other ☐ Life ☐ LWOP ☐ Death | Defendant was sentenced as a habitual offender, pursuant to A.C.A. §5-4-501, subsection ☐ (a) ☐ (b) ☐ (c) ☐ (d) |

| Victim Info# (See page 2) ■ N/A [Multiple Victims ☐ Yes ■ No] | Age | Sex ☐ Male ☐ Female | Race & Ethnicity ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic |
|---|---|---|---|

| Defendant voluntarily, intelligently, and knowingly entered a ■ negotiated plea of ■ guilty or ☐ nolo contendere. ☐ plea directly to the court of ☐ guilty or ☐ nolo contendere. | Defendant: ☐ was sentenced pursuant to ☐ §§16-93-301 et seq., or ☐ other §§_____ ☐ entered a plea and was sentenced by a jury. ☐ was found guilty by the court & sentenced by ☐ court ☐ jury. ☐ was found guilty at a jury trial & sentenced by ☐ court ☐ jury. ☐ was found guilty of lesser included offense by ☐ court ☐ jury. |
|---|---|

| Sentence is a Departure ■ Yes ☐ No | Sentence Departure is ■ Durational or ☐ Dispositional. If durational, state how many months above/below the presumptive sentence: 48 months above |
|---|---|

| Departure Reason (See page 2 for a list of reasons) Aggravating # 14 or Mitigating # _____. For Agg. #17 or Mit. #9, or if departing from guidelines, please explain: _____ | Sentence will run: ☐ Consecutive ■ Concurrent to Offense # 2 or Case # Pulaski & Saline Co. and Fed. Case |
|---|---|

Defendant's Full Name: Longoria, Michael J.

| A.C.A. # of Offense / Name of Offense+ | 5-36-103(b)(3)(A) Theft of Property | | **Case #** 60CR-23-2713 |
|---|---|---|---|

| A.C.A. # of Original Charged Offense | 5-36-103(b)(3)(A) | **ATN** SAL004973352 | **Offense was** ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted |
|---|---|---|---|
| | | **Appeal from District Court** ☐ Yes ■ No | **Probation/SIS Revocation+** ☐ Yes ■ No |

**Offense Date** 04/20/2023 | **Offense is** ■ Felony ☐ Misd. ☐ Viol. | **Offense Classification** ☐ Y ☐ A ☐ B ☐ C ■ D ☐ U

| **Number of Counts:** 1 | **Criminal History Score** 5+ | **Seriousness Level** 2 | **Defendant** ☐ Attempted ☐ Solicited ☐ Conspired to commit the offense |
|---|---|---|---|

**Presumptive Sentence** ■ Prison Sentence of 24 to 48 months ☐ Community Corrections Center ■ Alternative Sanction

| **Defendant Sentence\*** (see Page 2) | |
|---|---|
| Imposed ■ ADC ☐ Jud. Tran. ☐ County Jail 96 _____ months | If probation or SIS accompanied by period of confinement, state time: _____ days or _____ months. |
| Probation _____ months | Sentence was enhanced _____ months, pursuant to |
| SIS _____ months | A.C.A. §§ _____ . |
| Other ☐ Life ☐ LWOP ☐ Death | Enhancement(s) is to run: ☐ Concurrent ☐ Consecutive. |
| | Defendant was sentenced as a habitual offender, pursuant to A.C.A. §5-4-501, subsection ☐ (a) ☐ (b) ☐ (c) ☐ (d) |

| **Victim Info# (See page 2)** ☐ N/A [Multiple Victims ☐ Yes ■ No] | **Age** | **Sex** ☐ Male ☐ Female | **Race & Ethnicity** ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic |
|---|---|---|---|

| **Defendant voluntarily, intelligently, and knowingly entered a** ■ negotiated plea of ■ guilty or ☐ nolo contendere. ☐ plea directly to the court of ☐ guilty or ☐ nolo contendere. | **Defendant:** ☐ was sentenced pursuant to ☐ §§16-93-301 et seq., or ☐ other §§ _____ ☐ entered a plea and was sentenced by a jury. ☐ was found guilty by the court & sentenced by ☐ court ☐ jury. ☐ was found guilty at a jury trial & sentenced by ☐ court ☐ jury. ☐ was found guilty of lesser included offense by ☐ court ☐ jury. |
|---|---|

| **Sentence is a Departure** ■ Yes ☐ No | **Sentence Departure is** ■ Durational or ☐ Dispositional. If durational, state how many months above/below the presumptive sentence: 24 months above |
|---|---|

| **Departure Reason** (See page 2 for a list of reasons) Aggravating # 14 _____ or Mitigating # _____ . For Agg. #17 or Mit. #9, or if departing from guidelines, please explain: _____ | **Sentence will run:** ☐ Consecutive Concurrent ■ to Offense # 1 _____ or Case # Pulaski & Saline Co.; Fed Case |
|---|---|

| A.C.A. # of Offense / Name of Offense+ | | | **Case #** |
|---|---|---|---|

| A.C.A. # of Original Charged Offense | | **ATN** | **Offense was** ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted |
|---|---|---|---|
| | | **Appeal from District Court** ☐ Yes ☐ No | **Probation/SIS Revocation+** ☐ Yes ☐ No |

**Offense Date** | **Offense is** ☐ Felony ☐ Misd. ☐ Viol. | **Offense Classification** ☐ Y ☐ A ☐ B ☐ C ☐ D ☐ U

| **Number of Counts:** | **Criminal History Score** | **Seriousness Level** | **Defendant** ☐ Attempted ☐ Solicited ☐ Conspired to commit the offense |
|---|---|---|---|

**Presumptive Sentence** ☐ Prison Sentence of _____ to _____ months ☐ Community Corrections Center ■ Alternative Sanction

| **Defendant Sentence\*** (see Page 2) | |
|---|---|
| Imposed ☐ ADC ☐ Jud. Tran. ☐ County Jail _____ months | If probation or SIS accompanied by period of confinement, state time: _____ days or _____ months. |
| Probation _____ months | Sentence was enhanced _____ months, pursuant to |
| SIS _____ months | A.C.A. §§ _____ . |
| Other ☐ Life ☐ LWOP ☐ Death | Enhancement(s) is to run: ☐ Concurrent ☐ Consecutive. |
| | Defendant was sentenced as a habitual offender, pursuant to A.C.A. §5-4-501, subsection ☐ (a) ☐ (b) ☐ (c) ☐ (d) |

| **Victim Info# (See page 2)** ☐ N/A [Multiple Victims ☐ Yes ☐ No] | **Age** | **Sex** ☐ Male ☐ Female | **Race & Ethnicity** ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic |
|---|---|---|---|

| **Defendant voluntarily, intelligently, and knowingly entered a** ☐ negotiated plea of ☐ guilty or ☐ nolo contendere. ☐ plea directly to the court of ☐ guilty or ☐ nolo contendere. | **Defendant:** ☐ was sentenced pursuant to ☐ §§16-93-301 et seq., or ☐ other §§ _____ ☐ entered a plea and was sentenced by a jury. ☐ was found guilty by the court & sentenced by ☐ court ☐ jury. ☐ was found guilty at a jury trial & sentenced by ☐ court ☐ jury. ☐ was found guilty of lesser included offense by ☐ court ☐ jury. |
|---|---|

| **Sentence is a Departure** ☐ Yes ☐ No | **Sentence Departure is** ☐ Durational or ☐ Dispositional. If durational, state how many months above/below the presumptive sentence: |
|---|---|

| **Departure Reason** (See page 2 for a list of reasons) Aggravating # _____ or Mitigating # _____ . For Agg. #17 or Mit. #9, or if departing from guidelines, please explain: _____ | **Sentence will run:** ☐ Consecutive Concurrent ☐ to Offense # _____ or Case # _____ |
|---|---|

Defendant's Full Name: Longoria, Michael J.

<table>
<tr><td rowspan="8"><strong>Special Conditions</strong></td><td colspan="2"><strong>Sex Offenses</strong></td><td colspan="2"><strong>Domestic Violence Offenses</strong></td></tr>
</table>

**Special Conditions**

| **Sex Offenses** | **Domestic Violence Offenses** |
|---|---|
| Defendant has been adjudicated guilty of an offense requiring sex offender registration and must complete the Sex Offender Registration Form and pay the Mandatory Sex Offender Fee of $250. ☐ Yes ☐ No | Defendant has been adjudicated guilty of a domestic-violence related offense and **must** pay additional court costs of $25 pursuant to §16-10-305. ☐ Yes ☐ No |
| Defendant has committed an aggravated sex offense as defined in A.C.A. §12-12-903. ☐ Yes ■ No | Defendant was originally charged with a domestic-violence related offense. ☐ Yes ■ No If yes, state the A.C.A. # of the offense: |
| Defendant is alleged to be a sexually dangerous person and is ordered to undergo an evaluation at a facility designated by A.D.C. pursuant to A.C.A. §12-12-918. ☐ Yes ■ No | |
| Defendant, who has been adjudicated guilty of an offense requiring registration, has been adjudicated guilty of a prior sex offense under a separate case number. ☐ Yes ■ No If yes, list prior case numbers: | If yes to either question, identify the relationship of the victim to the Defendant by offense number. |

| **DNA Sample/Qualifying Offense** | **Drug Crime** |
|---|---|
| Defendant has been adjudicated guilty of a qualifying offense or repeat offense (as defined in A.C.A. §12-12-1103). ■ Yes ☐ No Defendant is ordered to have a DNA sample drawn at ☐ A.C.C. facility ☐ the A.D.C. or ■ other if applicable | Defendant has been convicted of a drug crime, as defined in §12-17-101. ☐ Yes ■ No |

**Fines, Fees, Restitution**

| | | |
|---|---|---|
| Court Costs | $0.00 | **Restitution $** 0.00 _____ Payable to [If multiple beneficiaries, give names and payment priority] _____ |
| Fines | $0.00 | |
| Booking/Admin Fees ($40) | $0.00 | **Terms** |
| Drug Crime Assessment Fee ($125) | $0.00 | ☐ Due Immediately |
| DNA Sample Fee ($250) | $0.00 | ☐ Installments of: |
| Children's Advocacy Center Fund Fee | $0.00 | ☐ Payments must be made within _____ days of release from A.D.C. |
| Public Defender User Fee | $0.00 | ☐ Upon release from confinement, Defendant must return to court to establish payment of restitution |
| Public Defender Attorney Fee | $0.00 | ☐ Restitution is joint and several with co-defendant(s) who was found guilty – List |
| Other (explain) | $ 0.00 | name(s) and case number(s) _____ |

**Sentence Options**

Defendant was convicted of a target offense(s) and is sentenced pursuant to provisions of the Community Punishment Act. ☐ Yes ■ No
The Court hereby orders a judicial transfer to the AR Division of Community Correction. ☐ Yes ■ No
Pursuant to the Community Punishment Act, the Defendant shall be eligible to have his/her records sealed ☐ Yes ☐ No

**Extended Juvenile Jurisdiction Applied** ☐ Yes ■ No

| **JAIL TIME CREDIT** 514 days | **TOTAL TIME TO BE SERVED FOR ALL OFFENSES** In months: 96 ☐ Life ☐ LWOP | **Death Penalty** ☐ Yes ■ No | **If Yes, State Execution Date:** |
|---|---|---|---|

**DEFENDANT IS ASSIGNED TO:** ■ ADC ☐ ADC, Admin. Transfer NOT Authorized ☐ CCC ☐ COUNTY JAIL ☐ PROBATION ☐ SIS

Conditions of disposition or probation are attached. ☐ Yes ■ No

A copy of the pre-sentence investigation on sentencing information is attached ☐ Yes ■ No

A copy of the Prosecutor's Short Report is attached ☐ Yes ■ No

☐ Defendant is subject to delayed release pursuant to A.C.A. § 5-4-405.

**DEFENDANT WAS INFORMED OF APPELLATE RIGHTS** ■ Yes ☐ No   Appeal Bond $

The County Sheriff is hereby ordered to: ☐ transport the defendant to county jail ☐ take custody for referral to CCC ■ transport to ADC

Defendant shall report to ACC probation officer for report date to CCC ☐ Yes ■ No

**Signature**

Prosecuting Attorney/Deputy (Print Name): Lana M. Fraser
Signature: _Lana M Fraser_   Date: 10/14/2024

Circuit Judge (Print Name): Karen Whatley
Signature: _____   Date: _____

Additional Info: Concurrent to Cases: 60CR-23-2710; 60CR-23-2712; 60CR-23-3046; 60CR-24-2659; 60CR-24-2903; 63CR-23-430; 63CR-23-452; Federal Case No. 4:18CR00668

9-4



**Case Title:**      STATE V MICHAEL J LONGORIA

**Case Number:**     60CR-23-2713

**Type:**            SENTENCING ORDER


So Ordered

Karen D. Whatley

Honorable Karen D. Whatley


Electronically signed by KDWHATLEY on 2024-10-15    page 5 of 5

# SENTENCING ORDER

**ELECTRONICALLY FILED**
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2024-Oct-15 12:39:20
60CR-24-2659
C06D07 : 4 Pages

IN THE CIRCUIT COURT OF __Pulaski__ COUNTY, ARKANSAS,
__6th__ JUDICIAL DISTRICT __7th__ DIVISION

On __10/14/2024__ the Defendant appeared before the Court, was advised of the nature of the charge(s), of Constitutional and legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing.

## Offender

| Defendant [Last, First, MI] Longoria, Michael J. | DOB 08/16/1971 | Sex ■ Male ☐ Female | Total Number of Counts 1 |
|---|---|---|---|

| SID # | 0 7 0 9 3 8 4 | Race & Ethnicity ■ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
|---|---|---|

Supervision Status at Time of Offense  Released Supervision/Bond

## Court Info

| Judge  Karen Whatley | File Stamp |
|---|---|

Prosecuting Attorney/Deputy  Lana M. Fraser

| Defendant's Attorney  Darrell Brown/Camile Wright | ☐ Private ■ Public Defender ☐ Pro Se ☐ Appointed |
|---|---|

Change of Venue ☐ Yes ■ No
If yes, from:

## Legal Statement

☐ Pursuant to A.C.A. ☐ §§16-93-301 et seq., or ☐ §§_____ this Court, without making a finding of guilt or entering a judgment of guilt and with the consent of the Defendant defers further proceedings and places the Defendant on probation.

☐ There being no legal cause shown by the Defendant, as requested, why judgment should not be pronounced, a judgment: is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. Defendant was advised of the conditions of the sentence and/or placement on probation and understands the consequences of violating those conditions. The Court retains jurisdiction during the period of probation/suspension and may change or set aside the conditions of probation/suspension for violations or failure to satisfy Arkansas Division of Community Correction (A.C.C) rules and regulations.

■ of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Division of Correction (A.D.C.) for the term specified on each offense shown below.

Defendant made a voluntary, knowing, and intelligent waiver of the right to counsel. ☐ Yes ■ No

## Offense #1

| A.C.A. # of Offense/ Name of Offense+  5-37-201 Forgery 2nd Degree | Case # 60CR-24-2659 |
|---|---|

| A.C.A. # of Original Charged Offense  5-37-201(a)(1)(2)(3) | ATN SAL004973552 | Offense was ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted |
|---|---|---|
| | Appeal from District Court ☐ Yes ■ No | Probation/SIS Revocation+ ☐ Yes ■ No |

| Offense Date 04/12/2023 | Offense is ■ Felony ☐ Misd. ☐ Viol. | Offense Classification ☐ Y ☐ A ☐ B ■ C ☐ D ☐ U |
|---|---|---|

| Number of Counts: 1 | Criminal History Score 5+ | Seriousness Level 3 | Defendant ☐ Attempted ☐ Solicited ☐ Conspired to commit the offense |
|---|---|---|---|

Presumptive Sentence ■ Prison Sentence of 48 to 72 months  ■ Community Corrections Center  ■ Alternative Sanction

| Defendant Sentence* (see Page 2) Imposed ■ ADC ☐ Jud. Tran. ☐ County Jail  96 months | If probation or SIS accompanied by period of confinement, state time: _____ days or _____ months. |
|---|---|
| Probation _____ months | Sentence was enhanced _____ months, pursuant to A.C.A. §§_____ |
| SIS _____ months | Enhancement(s) is to run: ☐ Concurrent ☐ Consecutive. |
| Other ☐ Life ☐ LWOP ☐ Death | Defendant was sentenced as a habitual offender, pursuant to A.C.A. §5-4-501, subsection ☐ (a) ☐ (b) ☐ (c) ☐ (d) |

| Victim Info# (See page 2) ■ N/A [Multiple Victims ☐ Yes ☐ No] | Age | Sex ☐ Male ☐ Female | Race & Ethnicity ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic |
|---|---|---|---|

| Defendant voluntarily, intelligently, and knowingly entered a ■ negotiated plea of ■ guilty or ☐ nolo contendere. ☐ plea directly to the court of ☐ guilty or ☐ nolo contendere. | Defendant: ☐ was sentenced pursuant to ☐ §§16-93-301 et seq., or ☐ other §§_____ ☐ entered a plea and was sentenced by a jury. ☐ was found guilty by the court & sentenced by ☐ court ☐ jury. ☐ was found guilty at a jury trial & sentenced by ☐ court ☐ jury. ☐ was found guilty of lesser included offense by ☐ court ☐ jury. |
|---|---|

| Sentence is a Departure ■ Yes ☐ No | Sentence Departure is ■ Durational or ☐ Dispositional. If durational, state how many months above/below the presumptive sentence: 24 months above |
|---|---|

| Departure Reason (See page 2 for a list of reasons) Aggravating # 14 or Mitigating # _____. For Agg. #17 or Mit. #9, or if departing from guidelines, please explain: _____ | Sentence will run: ☐ Consecutive ■ Concurrent to Offense # _____ or Case # Pulaski & Saline Co. and Fed. Case |
|---|---|

Defendant's Full Name: Longoria, Michael J.

<table>
<tr><td rowspan="8"><strong>Special Conditions</strong></td><td colspan="2"><strong>Sex Offenses</strong></td><td colspan="2"><strong>Domestic Violence Offenses</strong></td></tr>
</table>

| | |
|---|---|
| **Sex Offenses** | **Domestic Violence Offenses** |
| Defendant has been adjudicated guilty of an offense requiring sex offender registration and must complete the Sex Offender Registration Form and pay the Mandatory Sex Offender Fee of $250. ☐ Yes ■ No | Defendant has been adjudicated guilty of a domestic-violence related offense and **must** pay additional court costs of $25 pursuant to §16-10-305. Yes ☐ No ■ |
| Defendant has committed an aggravated sex offense as defined in A.C.A. §12-12-903. ☐ Yes ■ No | Defendant was originally charged with a domestic-violence related offense. ☐ Yes ■ No If yes, state the A.C.A. # of the offense: |
| Defendant is alleged to be a sexually dangerous person and is ordered to undergo an evaluation at a facility designated by A.D.C. pursuant to A.C.A. §12-12-918. ☐ Yes ■ No | |
| Defendant, who has been adjudicated guilty of an offense requiring registration, has been adjudicated guilty of a prior sex offense under a separate case number. ☐ Yes ■ No If yes, list prior case numbers: | If yes to either question, identify the relationship of the victim to the Defendant by offense number. |

| | |
|---|---|
| **DNA Sample/Qualifying Offense** | **Drug Crime** |
| Defendant has been adjudicated guilty of a qualifying offense or repeat offense (as defined in A.C.A. §12-12-1103). ■ Yes ☐ No | Defendant has been convicted of a drug crime, as defined in §12-17-101. ☐ Yes ■ No |
| Defendant is ordered to have a DNA sample drawn at ☐ A.C.C. facility ☐ the A.D.C. or ■ other if applicable | |

**Fines, Fees, Restitution**

| | | |
|---|---|---|
| **Court Costs** | $0.00 | **Restitution** $ 0.00 _____ Payable to [If multiple beneficiaries, give names |
| **Fines** | $0.00 | and payment priority] _____ |
| **Booking/Admin Fees ($40)** | $0.00 | **Terms** |
| **Drug Crime Assessment Fee ($125)** | $0.00 | ☐ Due Immediately |
| **DNA Sample Fee ($250)** | $0.00 | ☐ Installments of: |
| **Children's Advocacy Center Fund Fee** | $0.00 | ☐ Payments must be made within _____ days of release from A.D.C. |
| **Public Defender User Fee** | $0.00 | ☐ Upon release from confinement, Defendant must return to court to establish payment of restitution |
| **Public Defender Attorney Fee** | $0.00 | ☐ Restitution is joint and several with co-defendant(s) who was found guilty – List |
| **Other (explain)** | $0.00 | name(s) and case number(s) _____ |

| | |
|---|---|
| Defendant was convicted of a target offense(s) and is sentenced pursuant to provisions of the Community Punishment Act. ☐ Yes ■ No | **Extended Juvenile Jurisdiction Applied** |
| The Court hereby orders a judicial transfer to the AR Division of Community Correction. ☐ Yes ■ No | |
| Pursuant to the Community Punishment Act, the Defendant shall be eligible to have his/her records sealed ☐ Yes ■ No | ☐ Yes ■ No |

| **JAIL TIME CREDIT** 514 days | **TOTAL TIME TO BE SERVED FOR ALL OFFENSES** In months: 96 ☐ Life ☐ LWOP | **Death Penalty** ☐ Yes ■ No | **If Yes, State Execution Date:** |
|---|---|---|---|

**Sentence Options**

| **DEFENDANT IS ASSIGNED TO:** ■ ADC ☐ ADC, Admin.Transfer NOT Authorized | ☐ CCC | ☐ COUNTY JAIL | ☐ PROBATION | ☐ SIS |
|---|---|---|---|---|

Conditions of disposition or probation are attached. ☐ Yes ■ No

A copy of the pre-sentence investigation on sentencing information is attached ☐ Yes ■ No   ☐ Defendant is subject to delayed release pursuant to A.C.A. § 5-4-405.

A copy of the Prosecutor's Short Report is attached ☐ Yes ■ No

DEFENDANT WAS INFORMED OF APPELLATE RIGHTS ■ Yes ☐ No   **Appeal Bond $**

The County Sheriff is hereby ordered to: ☐ transport the defendant to county jail ☐ take custody for referral to CCC ■ transport to ADC

Defendant shall report to ACC probation officer for report date to CCC ☐ Yes ■ No

**Signature**

Prosecuting Attorney/Deputy (Print Name): Lana M. Fraser

Signature: *Lana M. Fraser*          Date: 10/14/2024

Circuit Judge (Print Name): Karen Whatley

Signature: _____          Date: _____

**Additional Info:** Concurrent to Cases: 60CR-23-2710; 60CR-23-2712; 60CR-23-2713; 60CR-23-3046; 60CR-24-2903; 63CR-23-430; 63CR-23-452; Federal Case No. 4:18CR00668



**Case Title:**      STATE V MICHAEL J LONGORIA

**Case Number:**   60CR-24-2659

**Type:**          SENTENCING ORDER

So Ordered

Karen D. Whatley

Honorable Karen D. Whatley

Electronically signed by KDWHATLEY on 2024-10-15    page 4 of 4

# SENTENCING ORDER

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2024-Oct-15 12:39:31
60CR-24-2903
C06D07 : 4 Pages

IN THE CIRCUIT COURT OF __Pulaski__ COUNTY, ARKANSAS,
__6th__ JUDICIAL DISTRICT __7th__ DIVISION

On __10/14/2024__ the Defendant appeared before the Court, was advised of the nature of the charge(s), of Constitutional and legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing.

## Offender

| Defendant [Last, First, MI] Longoria, Michael J. | DOB 08/16/1971 | Sex ■ Male ☐ Female | Total Number of Counts 1 |
|---|---|---|---|

| SID # | 0 7 0 9 3 8 4 | Race & Ethnicity ■ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
|---|---|---|

Supervision Status at Time of Offense  Released Supervision/Bond

## Court Info

| Judge  Karen Whatley | File Stamp |
|---|---|

Prosecuting Attorney/Deputy  Lana M. Fraser

| Defendant's Attorney  Darrell Brown/Camile Wright | ☐ Private ■ Public Defender ☐ Pro Se ☐ Appointed |
|---|---|

Change of Venue ☐ Yes ■ No
If Yes, from:

## Legal Statement

☐ Pursuant to A.C.A. ☐ §§16-93-301 et seq., or ☐ §§_____ this Court, without making a finding of guilt or entering a judgment of guilt and with the consent of the Defendant defers further proceedings and places the Defendant on probation.

☐ There being no legal cause shown by the Defendant, as requested, why judgment should not be pronounced, a judgment: is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. Defendant was advised of the conditions of the sentence and/or placement on probation and understands the consequences of violating those conditions. The Court retains jurisdiction during the period of probation/suspension and may change or set aside the conditions of probation/suspension for violations or failure to satisfy Arkansas Division of Community Correction (A.C.C) rules and regulations.

■ of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Division of Correction (A.D.C.) for the term specified on each offense shown below.

Defendant made a voluntary, knowing, and intelligent waiver of the right to counsel. ☐ Yes ■ No

## Offense #1

| A.C.A. # of Offense/ Name of Offense+  5-37-201 Forgery 2nd Degree | Case # 60CR-24-2903 |
|---|---|

| A.C.A. # of Original Charged Offense  5-37-201(a)(c)(1) | ATN SAL004973552 | Offense was ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted |
|---|---|---|
| | Appeal from District Court ☐ Yes ■ No | Probation/SIS Revocation+ ☐ Yes ■ No |

| Offense Date 05/03/2024 | Offense is ■ Felony ☐ Misd. ☐ Viol. | Offense Classification ☐ Y ☐ A ☐ B ■ C ☐ D ☐ U |
|---|---|---|

| Number of Counts: 1 | Criminal History Score 5+ | Seriousness Level 3 | Defendant ☐ Attempted ☐ Solicited ☐ Conspired to commit the offense |
|---|---|---|---|

Presumptive Sentence ■ Prison Sentence of 48 to 72 months   ■ Community Corrections Center   ■ Alternative Sanction

| Defendant Sentence* (see Page 2) Imposed ■ ADC ☐ Jud. Tran. ☐ County Jail 96 months | If probation or SIS accompanied by period of confinement, state time: _____ days or _____ months. |
|---|---|
| | Sentence was enhanced _____ months, pursuant to |
| Probation _____ months | A.C.A. §§ _____. |
| SIS _____ months | Enhancement(s) is to run: ☐ Concurrent ☐ Consecutive. |
| Other ☐ Life ☐ LWOP ☐ Death | Defendant was sentenced as a habitual offender, pursuant to A.C.A. §5-4-501, subsection ☐ (a) ☐ (b) ☐ (c) ☐ (d) |

| Victim Info# (See page 2) ■ N/A [Multiple Victims ☐ Yes ■ No] | Age | Sex ☐ Male ☐ Female | Race & Ethnicity ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic |
|---|---|---|---|

| Defendant voluntarily, intelligently, and knowingly entered a ■ negotiated plea of ■ guilty or ☐ nolo contendere. ☐ plea directly to the court of ☐ guilty or ☐ nolo contendere. | Defendant: ☐ was sentenced pursuant to ☐ §§16-93-301 et seq., or ☐ other §§ _____ ☐ entered a plea and was sentenced by a jury. ☐ was found guilty by the court & sentenced by ☐ court ☐ jury. ☐ was found guilty at a jury trial & sentenced by ☐ court ☐ jury. ☐ was found guilty of lesser included offense by ☐ court ☐ jury. |
|---|---|

| Sentence is a Departure ■ Yes ☐ No | Sentence Departure is ■ Durational or ☐ Dispositional. If durational, state how many months above/below the presumptive sentence: 24 months above |
|---|---|

| Departure Reason (See page 2 for a list of reasons) Aggravating # 14 or Mitigating # _____. For Agg. #17 or Mit. #9, or if departing from guidelines, please explain: _____ | Sentence will run: ☐ Consecutive ■ Concurrent to Offense # _____ or Case # Pulaski & Saline Co. and Fed. Case |
|---|---|

Defendant's Full Name: Longoria, Michael J.

## Special Conditions

**Sex Offenses**

Defendant has been adjudicated guilty of an offense requiring sex offender registration and must complete the Sex Offender Registration Form and pay the Mandatory Sex Offender Fee of $250. ☐ Yes ☐ No

Defendant has committed an aggravated sex offense as defined in A.C.A. §12-12-903. ☐ Yes ☒ No

Defendant is alleged to be a sexually dangerous person and is ordered to undergo an evaluation at a facility designated by A.D.C. pursuant to A.C.A. §12-12-918. ☐ Yes ☐ No

Defendant, who has been adjudicated guilty of an offense requiring registration, has been adjudicated guilty of a prior sex offense under a separate case number. ☐ Yes ☒ No If yes, list prior case numbers:

**Domestic Violence Offenses**

Defendant has been adjudicated guilty of a domestic-violence related offense and **must** pay additional court costs of $25 pursuant to §16-10-305. ☐ Yes ☐ No

Defendant was originally charged with a domestic-violence related offense. ☐ Yes ☒ No If yes, state the A.C.A. # of the offense:

If yes to either question, identify the relationship of the victim to the Defendant by offense number.

**DNA Sample/Qualifying Offense**

Defendant has been adjudicated guilty of a qualifying offense or repeat offense (as defined in A.C.A. §12-12-1103). ☒ Yes ☐ No

Defendant is ordered to have a DNA sample drawn at ☐ A.C.C. facility ☐ the A.D.C. or ☒ other if applicable

**Drug Crime**

Defendant has been convicted of a drug crime, as defined in §12-17-101. ☐ Yes ☒ No

## Fines, Fees, Restitution

| | |
|---|---|
| Court Costs | $0.00 |
| Fines | $0.00 |
| Booking/Admin Fees ($40) | $0.00 |
| Drug Crime Assessment Fee ($125) | $0.00 |
| DNA Sample Fee ($250) | $0.00 |
| Children's Advocacy Center Fund Fee | $0.00 |
| Public Defender User Fee | $0.00 |
| Public Defender Attorney Fee | $0.00 |
| Other (explain) | $0.00 |

**Restitution** $ 0.00 _____ Payable **to** [If multiple beneficiaries, give names and payment priority] _____

**Terms**
☐ Due Immediately
☐ Installments of:
☐ Payments must be made within _____ days of release from A.D.C.
☐ Upon release from confinement, Defendant must return to court to establish payment of restitution
☐ Restitution is joint and several with co-defendant(s) who was found guilty – List name(s) and case number(s) _____

## Sentence Options

Defendant was convicted of a target offense(s) and is sentenced pursuant to provisions of the Community Punishment Act. ☐ Yes ☒ No

The Court hereby orders a judicial transfer to the AR Division of Community Correction. ☐ Yes ☒ No

Pursuant to the Community Punishment Act, the Defendant shall be eligible to have his/her records sealed ☐ Yes ☒ No

**Extended Juvenile Jurisdiction Applied** ☐ Yes ☒ No

**JAIL TIME CREDIT** 514 days | **TOTAL TIME TO BE SERVED FOR ALL OFFENSES** In months: 96 ☐ Life ☐ LWOP | **Death Penalty** ☐ Yes ☒ No | **If Yes, State Execution Date:**

**DEFENDANT IS ASSIGNED TO:** ☒ ADC ☐ ADC, Admin.Transfer NOT Authorized ☐ CCC ☐ COUNTY JAIL ☐ PROBATION ☐ SIS

Conditions of disposition or probation are attached. ☐ Yes ☒ No

A copy of the pre-sentence investigation on sentencing information is attached ☐ Yes ☒ No

A copy of the Prosecutor's Short Report is attached ☐ Yes ☒ No

☐ Defendant is subject to delayed release pursuant to A.C.A. § 5-4-405.

**DEFENDANT WAS INFORMED OF APPELLATE RIGHTS** ☒ Yes ☐ No **Appeal Bond $**

The County Sheriff is hereby ordered to: ☐ transport the defendant to county jail ☐ take custody for referral to CCC ☒ transport to ADC

Defendant shall report to ACC probation officer for report date to CCC ☐ Yes ☒ No

## Signature

Prosecuting Attorney/Deputy (Print Name): Lana M. Fraser

Signature: _Lana M. Fraser_  Date: 10/14/2024

Circuit Judge (Print Name): Karen Whatley

Signature: _____  Date: _____

**Additional Info:** Concurrent to Cases: 60CR-23-2710; 60CR-23-2712; 60CR-23-2713; 60CR-23-3046; 60CR-24-2659; 63CR-23-430; 63CR-23-452; Federal Case No. 4:18CR00668



**Case Title:**        STATE V MICHAEL J LONGORIA

**Case Number:**    60CR-24-2903

**Type:**        SENTENCING ORDER

So Ordered

_Karen D. Whatley_
_____

Honorable Karen D. Whatley

Electronically signed by KDWHATLEY on 2024-10-15    page 4 of 4

Michael J. Longoria #23384-009
S.O.# 79071
Pulaski County Regional Detention Center
3201 W. Roosevelt Road
Little Rock, AR 72204





United States District Court Clerk
Attn: Pro Se Clerk
600 West Capitol Avenue, Room A149
Little Rock, AR. 72201

— LEGAL MAIL —                              — LEGAL MAIL —