FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 24 2025

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

In The United States District Court
For The Eastern District of Arkansas

Michael J. Longoria,                                    Petitioner

V.

Case No.: 4:25-cv-00154-KGB-JJV

Federal Bureau of Prisons- Designation         Respondants
And Sentence Computation Center,
United States Marshal Service- Eastern District of Arkansas
Pulaski County Regional Detention Center

## Motion For Preliminary Injunctive Relief Pursuant To Federal Rules of Civil Procedure-Rule 65

1) Now comes the petitioner, before the court in the matter of his Petition For Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241, and in accordance to Federal rules of Civil Procedure - Rule 65 seeks preliminary injunctive relief until such time as the court may hear and rule on his 28 U.S.C. 2241 petition.

2) Petitioner requests the court issue a preliminary injunction ordering the United States Marshal Service to reassume primary physical custody of petitioner until the court holds a hearing and rules on his 2241 petition.

3) Petitioner, further requests the court issue a preliminary injunction ordering the Pulaski County Regional Detention Center to relinquish primary and physical custody of petitioner to the USMS until the court holds a hearing on his 2241 petition, and rules on it.

(1)

4) Petitioner further requests the court issue a preliminary injunction ordering and preventing the Pulaski County Regional Center from transporting the petitioner and relinquishing primary and physical custody to the Arkansas Division of Corrections (ADC) for the service of his state sentences running concurrently with his federal sentence, until such time as the court can hold a hearing and rule on his 2241 petition.

5) Petitioner further requests the court issue a preliminary injunction ordering the USMS to transport him back to Tallahatchie County Correctional Facility, to resume medical treatments and procedures he was undergoing and scheduled for that were interupted by primary custody erroneously being relinquished to Pulaski County.

Wherefore, petitioner prays the court consider and grant his Motion for Preliminary Injunctive Relief pursuant to Federal Rules of Civil Procedure Rule 65. Petitioner states that failure to provide preliminary injunctive relief would result in irreparable damage to the petitioner and result in a great miscarriage of justice. Petitioner states that granting the foregoing motion and preliminary injunctive relief would cause no undue hardships to any of the respondants. Failure to provide relief would result in undue hardships for petitioner.

Wherefore, the petitioner prays for the relief he seeks in the foregoing motion and any other he may be entitled to.

I declare

I declare under penalty of perjury (18 U.S.C. 1621) that the foregoing is true and correct.

Executed this 17th day of February, 2025

Respectfully Submitted,

Michael J. Longoria, Pro Se
Reg No.: 23384-009  (S.O. # 79071)
Pulaski County Regional Detention Center
3201 W. Roosevelt Road
Little Rock, AR 72204

(3)

RECEIVED
US DISTRICT COURT
~STERN ~ ~ ~RKANSAS    2-17-25

2025 FEB 24  A 10 01

TAMMY H DOWNS

Dear Sir or Ma'am:

Please file the enclosed Petition, Motion, and Application to proceed in Forma Pauperis. I'm asking the Motion for Preliminary Injunctive Relief be treated as an emergency motion.

In Addition, please return to me a file marked copy of the enclosed documents, as the Facility I'm in has no photo copying service available.

Thank You for your assistance.

Sincerly,

Michael J Longoria #23384-009
PCRDF (S.O.#79071)
3201 W. Roosevelt Rd
Little Rock, AR. 72204