CTHE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL J. LONGORIA**                                                                                 **PETITIONER**
**ADC #187352**

v.                                    **Case No. 4:25-cv-00154-KGB**

**FEDERAL BUREAU OF PRISONS,** *et al.*                                                **RESPONDENTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 29). The parties have not filed any objections, and the time for doing so has passed. After careful consideration of the Proposed Findings and Recommendation, the Court concludes that the Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 29). The Court dismisses without prejudice Mr. Longoria's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 (Dkt. No. 2) and denies as moot all of the other pending motions (Dkt. Nos. 3; 6; 14; 15).

So ordered this 8th day of September, 2025.

_____
Kristine G. Baker
Chief United States District Judge